**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-2590 PJW<br><br><br>**FIRST AMENDED**<br><br>PROOF OF SERVICE<br>SUMMONS AND COMPLAINT<br>(Use separate proof of service for each person/party served) |

1.  At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the (*specify documents*):

    ☑ summons          ☐ first amended complaint        ☐ third party complaint
    ☑ complaint         ☐ second amended complaint      ☐ counter claim
    ☐ alias summons     ☐ third amended complaint        ☐ cross claim

    ☐ other: (*specify*):

2.  **Person served:** Officer Carlos Mitre
    a.  ☐ Defendant (*name*):
    b.  ☑ Other (*specify name and title or relationship to the party/business named*):
        Vanessa Garcia (friend and former roommate), Mark Garica (brother of Vanessa Garcia)

3.  **Manner of Service in compliance with (one box must be checked):**
    a.  ☐ Federal Rules of Civil Procedure
    b.  ☑ California Code of Civil Procedure

4.  I served the person named in Item 2:
    a.  ☐ By **Personal service.** By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
        1.  ☐ Papers were served on (*date*): _____ at (*time*): _____.
    b.  ☑ By **Substituted service.** By leaving copies:
        1.  ☑ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
        2.  ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
        3.  ☐ papers were served on (*date*): _____ at (*time*): _____.
        4.  ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2©.
        5.  ☐ papers were mailed on (*date*): _____.
        6.  ☑ due diligence. I made at least three (3) attempts to personally serve the defendant. (**Attach separate declaration regarding due diligence**).
    c.  ☐ **Mail and acknowledgment of service.** By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (**Attach completed Waiver of Service of Summons and Complaint**).

d. ☐ Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10). By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only). By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. (Attach a copy of the order to this Proof of Service).

f. ☐ Service on a foreign corporation. In any manner prescribed for individuals by FRCP 4(f).

g. ☐ Certified or registered mail service. By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. (Attach signed return receipt or other evidence of actual receipt by the person served).

h. ☐ Other (specify code section and type of service):

5. Service upon the United States, and Its Agencies, Corporations or Officers.

a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

Name of person served:

Title of person served:

Date and time of service: (date): _____ at (time): _____.

b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. (Attach signed return receipt or other evidence of actual receipt by the person served).

c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation (Attach signed return receipt or other evidence of actual receipt by the person served).

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

Ryan P. Thelen
770 County Square Drive, Ste. 104
Ventura, CA 93003
(805) 654-0400

   a. ☐ Fee for service: $
   b. ☑ Not a registered California process server
   c. ☐ Exempt from registration B&P 22350(b)
   d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

July 10, 2009
Date

Signature

1

2

**UNITED STATED DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

3

4   MAX VILLANUEVA VASQUEZ, an individual   )     CASE NO. CV09-02590 PJW
                                              )
5                Plaintiff,                   )     **DECLARATION OF DUE**
                                              )     **DILIGENCE**
6                                             )
                                              )
7   THE CITY OF SANTA PAULA, THE SANTA        )
8   PAULA POLICE DEPARTMENT, POLICE           )
    CHIEF STEVE MACKINNON, OFFICER            )
9   CARLOS MITRE, OFFICER CODY MADISON,       )
    OFFICER RYAN SMITH in both their individual )
10  and official capacities, and DOES 1-10, inclusive. )
                                              )
11                                            )
                 Defendants.                  )
12                                            )

13

14   I, Michael Jaffee, do hereby declare:

15       1. I made three reasonable attempts to locate and serve Carlos Mitre with a

16   Summons and Complaint in the above-entitled case.

17

18       2. I was informed by Attorney Brian A. Vogel that he hired Private Investigator

19   Anthony Paradis, who works for GL Investigators (PI License #22895), to determine

20   where Mitre could be located.  He further informed me that Paradis ran Carlos Mitre's

21   name in the Westlaw database and found a person exactly the same name with an Orange

22   County address.  The database provided information that the subject had applied for and

23

24   received a "Guard Card" and a firearms permit from the California Department of

25   Consumer Affairs in late May of 2009.  Further, the subject had a date of birth in the year

26

27   1971, which would make the subject very close in age to former Santa Paula Police

28

1

1   and told me that Carlos Mitre refused to come to the door and retrieve the papers from me.

2   I asked Vanessa Garcia to take them instead. She told me that she did not want to be

3
4   involved, but that I should leave them on the front porch steps.  I complied with this

5   request and left the papers on the steps.  Brian A. Vogel later showed me a picture of

6   Carlos Mitre when he was a member of the Santa Paula Police Department and asked me

7
8   if I recognized him and I confirmed with Vogel that this was same person I saw sitting on

9   the couch at the Fillmore residence on July 2, 2009.

10       3. On July 6, 2009, at 2:15 p.m., I made a second attempt to serve the Summons and

11  Complaint on Carlos Mitre at the address previously stated.  Again, Vanessa Garica

12
13  answered the door.  She informed me that Carlos no longer resided at that address and that

14  he was visiting them the last time I saw him.  She also stated that she was a friend of

15  Carlos Mitre and that he used to live with her and her fiancee, Mario Robledo while he

16
17  worked for the Santa Paula Police Department.  She physically took the Summons and

18  Complaint by hand.

19       4. On July 7, 2009, at 1:45 p.m., I made a third attempt to serve the complaint and

20  summons on Carlos Mitre at the Fillmore address previously mentioned.  Mark Garcia,

21
22  Vanessa Garcia's brother, physically accepted the papers by hand.

23       5. On July 9, 2009,  I placed a true and correct copy of the Summons and

24  Complaint in an envelope addressed to Carlos Mitre at 1022 Harthorn Lane, Fillmore,

25  California 93015. I mailed the envelope first class, postage prepaid.

26
27
28

1      I declare under penalty of perjury under the laws of the State of California that the

2 foregoing is true and correct.

3

4                                 Ryan P. Thelen

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28