**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV09-2590 PJW<br><br>**SECOND AMENDED**<br><br>PROOF OF SERVICE<br>SUMMONS AND COMPLAINT<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and I served copies of the (*specify documents*):

   ☑ summons         ☐ first amended complaint       ☐ third party complaint
   ☑ complaint        ☐ second amended complaint     ☐ counter claim
   ☐ alias summons     ☐ third amended complaint       ☐ cross claim
   ☐ other: (*specify*):

2. Person served:
   a.  ☑ Defendant (*name*):     Officer Carlos Mitre
   b.  ☐ Other (*specify name and title or relationship to the party/business named*):

3. Manner of Service in compliance with (one box must be checked):
   a.  ☐ Federal Rules of Civil Procedure
   b.  ☑ California Code of Civil Procedure

4. I served the person named in Item 2:
   a.  ☐ By Personal service. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1.  ☐ Papers were served on (*date*): _____ at (*time*): _____
   b.  ☑ By Substituted service. By leaving copies:
      1.  ☐ (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2.  ☐ (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3.  ☐ papers were served on (*date*): _____ at (*time*): _____
      4.  ☐ by mailing (by first-class mail, postage prepaid) copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5.  ☐ papers were mailed on (*date*): _____
      6.  ☑ due diligence. I made at least three (3) attempts to personally serve the defendant. (**Attach separate declaration regarding due diligence**).
   c.  ☐ Mail and acknowledgment of service. By mailing (by first-class mail or airmail, postage prepaid) copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. (**Attach completed Waiver of Service of Summons and Complaint**).

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity (F.R.Civ.P. 4(h)) (C.C.P. 416.10).** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity (C.C.P. 415.20 only).** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing (by first-class mail, postage prepaid) copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California (by first-class mail, postage prepaid, requiring a return receipt) copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. **Service upon the United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service: (*date*): _____ at (*time*): _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving (name, address and telephone number):

   Michael Jaffee
   821 Hibiscus Court
   Corona Del Mar, CA 92625
   (949) 294-7616

      a. ☐ Fee for service: $
      b. ☑ Not a registered California process server
      c. ☐ Exempt from registration B&P 22350(b)
      d. ☐ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

July 10, 2009
Date

Signature

UNITED STATED DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MAX VILLANUEVA VASQUEZ, an individual | ) | CASE NO. CV09-02590 PJW |
| | ) | |
| Plaintiff, | ) | **DECLARATION OF DUE** |
| | ) | **DILIGENCE** |
| | ) | |
| | ) | |
| THE CITY OF SANTA PAULA, THE SANTA | ) | |
| PAULA POLICE DEPARTMENT, POLICE | ) | |
| CHIEF STEVE MACKINNON, OFFICER | ) | |
| CARLOS MITRE, OFFICER CODY MADISON, | ) | |
| OFFICER RYAN SMITH in both their individual | ) | |
| and official capacities, and DOES 1-10, inclusive. | ) | |
| | ) | |
| Defendants. | ) | |

I, Michael Jaffee, do hereby declare:

1. I made three reasonable attempts to locate and serve Carlos Mitre with a Summons and Complaint in the above-entitled case.

2. I was informed by Attorney Brian A. Vogel that he hired Private Investigator Anthony Paradis, who works for GL Investigators (PI License #22895), to determine where Mitre could be located. He further informed me that Paradis ran Carlos Mitre's name in the Westlaw database and found a person exactly the same name with an Orange County address. The database provided information that the subject had applied for and received a "Guard Card" and a firearms permit from the California Department of Consumer Affairs in late May of 2009. Further, the subject had a date of birth in the year 1971, which would make the subject very close in age to former Santa Paula Police

1

1   Department Officer Carlos Mitre.

2       3. I was further informed that because Mitre began his law enforcement career in
3   Orange County and had the requisite law enforcement experience to obtain a Guard Card
4   and firearms permit, Paradis believed that the Carlos Mitre at 955 West Orange Road,
5   Santa Ana, California, 92706 was the same Carlos Mitre who had been employed with the
6   Santa Paula Police Department. Additionally, since Paradis knew that Mitre was no longer
7
8   employed as a California peace officer, he reasoned that Mitre was likely seeking
9   employment in a related field where a guard card and firearms permit would be required.
10
11      4. On July 7, 2009, at 7:00 p.m., I attempted to serve the Summons and Complaint
12  on Carlos Mitre at 955 West Orange Road, Santa Ana, California 92706. I was unable to
13  contact anyone at the location. However, I did notice a silver Lexus parked in the
14  driveway of the residence. I did not leave the papers at the address.
15
16      5. On July 8, 2009, at 5:00 p.m., I made a second attempt to serve the Summons and
17  Complaint on Carlos Mitre at the address previously stated. I waited at the location until
18  5:30 p.m., but was unable to contact anyone. I did notice that the some of the windows at
19  the residence were open and I could the hear some noise coming from a radio or television
20  inside the residence. I also noticed the same silver Lexus parked on the street in front of
21  the residence. Because the mailbox at the address is locked and cannot be opened without
22  a key, I placed the Summons and Complaint in between the mailbox and the mailbox flag.
23
24      6. On July 9, 2009, at 8:15 a.m., I made a third attempt to serve the Summons and
25  Complaint on Carlos Mitre at the same address previously mentioned. Again, I was unable
26
27
28

2

1  to contact anyone at this address after waiting at the location for approximately fifteen

2  minutes. The silver Lexus that I had seen the previous times was not present on this day. I

3

4  left the Summons and Complaint in between the mailbox and mailbox flag.

5       7. On July 9, 2009, I placed a true and correct copy of the Summons and Complaint

6  in an envelope addressed to Carlos Mitre at 955 West Orange Road, Santa Ana, California

7

8  92706 and sent by first class mail, postage prepaid, addressed to the sender.

9       I declare under penalty of perjury under the laws of the State of California that the

10  foregoing is true and correct.

11

12

13  Michael Jaffee

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28