1  Alan E. Wisotsky (SBN 68051)
   Jeffrey Held (SBN 106991)
2  LAW OFFICES OF ALAN E. WISOTSKY
   300 Esplanade Drive, Suite 1500
3  Oxnard, California  93036
   Tel:    (805) 278-0920
4  Fax:    (805) 278-0289
   E-mail:  lawyers@wisotskylaw.com
5
   Attorneys for Defendants CITY OF SANTA
6  PAULA, SANTA PAULA POLICE DEPARTMENT,
   CHIEF STEVE MacKINNON, OFFICER CARLOS
7  MITRE, OFFICER CODY MADISON, and
   OFFICER RYAN SMITH
8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12 MAX VILLANUEVA VASQUEZ, an        )    No. CV 09-02590 DSF (MANx)
   individual,                      )
13                                  )    **NOTICE OF INTERESTED**
             Plaintiff,             )    **PARTIES**
14                                  )
        v.                          )
15                                  )
   THE CITY OF SANTA PAULA, et al., )
16                                  )
             Defendants.            )
17 _____ )

18      The  undersigned,  counsel  of  record  for  defendant  OFFICER

19 CARLOS MITRE, certifies that the following listed parties have a

20 direct, pecuniary interest in the outcome of this case:  City of

21 Santa Paula and Carlos Mitre.  These representations are made to

22 enable the Court to evaluate possible disqualification or recusal.

23

24 Dated:  July ____, 2009        LAW OFFICES OF ALAN E. WISOTSKY

25

26                               By:_____
                                    JEFFREY HELD
27                                  Attorneys for Defendants, CITY OF
                                    SANTA PAULA, SANTA PAULA POLICE
28                                  DEPARTMENT, STEVE MacKINNON, CARLOS
                                    MITRE, CODY MADISON, and RYAN SMITH