UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-2590 DSF (MANx) | Date | 9/21/09 |
|---|---|---|---|
| Title | Max Villanueva Vasquez v. The City of Santa Paula, et al. | | |

| Present: The Honorable | DALE S. FISCHER, United States District Judge |
|---|---|

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Brian Arnold Vogel | Alan Wisotsky |

**Proceedings:**     SCHEDULING CONFERENCE

    The matter is called and counsel state their appearances.  The Court and counsel discuss status.  The Court establishes the case management dates as stated on the record.  The parties agree that Judge Fischer will conduct the settlement conference.  Once plaintiff provides his agreement in writing that Judge Fischer can conduct the settlement conference and the parties are in a position to conduct a meaningful settlement, they will contact the courtroom deputy to schedule the date.  (See Order re Trial for specific dates and times.)

    IT IS SO ORDERED.

.10
dp