```
Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:    (805) 278-0920
Fax:    (805) 278-0289
E-mail: lawyers@wisotskylaw.com

Attorneys for Defendants CITY OF SANTA
PAULA, SANTA PAULA POLICE DEPARTMENT,
STEVE MacKINNON, RYAN SMITH, CODY
MADISON, and CARLOS MITRE
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>THE CITY OF SANTA PAULA, et al.,<br><br>      Defendants. | No. CV 09-02590 DSF (MANx)<br><br>**NOTICE OF LODGING [PROPOSED] ORDER RESTRICTING PRODUCTION OF PEACE OFFICER PERSONNEL AND TRAINING FILES** |

    Attached hereto is the [Proposed] Order Restricting Production of Peace Officer Personnel and Training Files lodged in conjunction with the parties' Stipulation for Restricted Production of Peace Officer Personnel and Training Files Subject to Concurrently Lodged

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

1

Order.

Dated: October ____, 2009

                              LAW OFFICES OF ALAN E. WISOTSKY

                              By:_____
                                  JEFFREY HELD
                                  Attorneys for Defendants,
                                  CITY OF SANTA PAULA, SANTA PAULA
                                  POLICE DEPARTMENT, STEVE
                                  MacKINNON, CARLOS MITRE,
                                  CODY MADISON, and RYAN SMITH