```
Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:     (805) 278-0920
Fax:     (805) 278-0289
E-mail:  lawyers@wisotskylaw.com

Attorneys for Defendants CITY OF SANTA
PAULA, SANTA PAULA POLICE DEPARTMENT,
STEVE MacKINNON, RYAN SMITH, CODY
MADISON, and CARLOS MITRE
```

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual,<br><br>      Plaintiff,<br><br>  v.<br><br>THE CITY OF SANTA PAULA, et al.,<br><br>      Defendants. | No. CV 09-02590 DSF (MANx)<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINE** |

IT IS HEREBY STIPULATED by and between the parties, plaintiff MAX VASQUEZ and defendants CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, STEVE MacKINNON, RYAN SMITH, CODY MADISON, and CARLOS MITRE, as evidenced by the signatures of their counsel below, as follows:

    1.   The parties request that the Court extend the discovery deadline for 60 days, from January 4, 2010, to March 5, 2010.

    2.   The parties have been diligently pursuing the discovery of the case and have completed the depositions of the plaintiff, Max Vasquez, as well as the treating physician, Eric Davey, and a

1

number of percipient witnesses, including April Clanton, Janet Vasquez, and Jennifer Jump.

3. The plaintiff has refrained from deposing the defendant police officers pending receipt of the personnel files pursuant to the magistrate's order. Defense counsel has been extremely busy in urgent matters of a high priority in other litigation and has therefore not been able to prepare and deliver the personnel files under the protective order to plaintiff's counsel, without which he cannot reasonably depose the officers.

4. Production of these personnel files pursuant to the protective order has become an urgent priority and will be accomplished in short order.

5. No harm or prejudice to the parties will be caused by this requested two-month extension of the discovery deadline to which all parties agree.

**IT IS SO STIPULATED.**

Dated: December ____, 2009

BRIAN A. VOGEL
Attorney for Plaintiff

Dated: December ____, 2009

JEFFREY HELD
Attorney for Defendants