1  number of percipient witnesses, including April Clanton, Janet
2  Vasquez, and Jennifer Jump.
3      3.   The plaintiff has refrained from deposing the defendant
4  police officers pending receipt of the personnel files pursuant to
5  the magistrate's order. Defense counsel has been extremely busy in
6  urgent matters of a high priority in other litigation and has
7  therefore not been able to prepare and deliver the personnel files
8  under the protective order to plaintiff's counsel, without which he
9  cannot reasonably depose the officers.
10     4.   Production of these personnel files pursuant to the
11 protective order has become an urgent priority and will be accom-
12 plished in short order.
13     5.   No harm or prejudice to the parties will be caused by
14 this requested two-month extension of the discovery deadline to
15 which all parties agree.
16     **IT IS SO STIPULATED.**
17
18 Dated: December 16, 2009        _____
                                    BRIAN A. VOGEL
19                                  Attorney for Plaintiff
20
21 Dated: December 16, 2009        _____
                                    JEFFREY HELD
22                                  Attorney for Defendants