1  Alan E. Wisotsky (SBN 68051)
   Jeffrey Held (SBN 106991)
2  LAW OFFICES OF ALAN E. WISOTSKY
   300 Esplanade Drive, Suite 1500
3  Oxnard, California  93036
   Tel:    (805) 278-0920
4  Fax:    (805) 278-0289
   E-mail:  lawyers@wisotskylaw.com
5
   Attorneys for Defendants CITY OF SANTA
6  PAULA, SANTA PAULA POLICE DEPARTMENT,
   STEVE MacKINNON, RYAN SMITH, CODY
7  MADISON, and CARLOS MITRE

8              **UNITED STATES DISTRICT COURT**

9             **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MAX VILLANUEVA VASQUEZ, an          )   No. CV 09-02590 DSF (MANx)
   individual,                         )
12                                     )   **ORDER CONTINUING DISCOVERY**
              Plaintiff,               )   **DEADLINE 60 DAYS [PROPOSED]**
13                                     )
                                       )
14      v.                             )
                                       )
   THE CITY OF SANTA PAULA,            )
15 et al.,                             )
                                       )
16            Defendants.              )
   ────────────────────────────────── )
17

18      The Court hereby orders the discovery deadline continued 60

19 days, to and including March 5, 2010.  The Court finds that there

20 is good cause to continue the discovery deadline based upon the

21 stipulation of the parties and that no harm would occur to plain-

22 tiff or any of the parties based upon this continuance.  This is

23 the first continuance of the discovery deadline requested.  Any

24 deadline for a motion to compel further discovery is commensurately

25 extended.

26      **IT IS SO ORDERED.**

27

28 Dated:_____      _____
                               DALE S. FISCHER
                               United States District Judge