Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Tel:   (805) 278-0920
Fax:   (805) 278-0289
E-mail: lawyers@wisotskylaw.com

Attorneys for Defendants CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, STEVE MacKINNON, RYAN SMITH, CODY MADISON, and CARLOS MITRE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>THE CITY OF SANTA PAULA, et al.,<br><br>    Defendants. | No. CV 09-02590 DSF (MANx)<br><br>**DEFENDANTS' MOTION IN LIMINE NO. 8 [TO EXCLUDE CHARACTERIZATION OF PLAINTIFF AS "THE VICTIM" OR "THE INJURED PARTY"]**<br><br>Date: May 3, 2010<br>Time: 3:00 p.m.<br>Ctrm: 840 Roybal |

TO PLAINTIFF, MAX VASQUEZ, AND TO HIS ATTORNEY OF RECORD, LAW OFFICES OF BRIAN A. VOGEL BY BRIAN VOGEL:

PLEASE TAKE NOTICE that at the pretrial conference on May 3, 2010, defendants will move the Honorable Dale S. Fischer, United States District Judge, for an order in limine excluding characterization of the plaintiff by sympathetic synonyms, such as "the victim," "the injured party," or "Max."

In accordance with Judge Fischer's Standing Order re Jury Trial, II.A, and Central District Local Rule 7-3, the parties, through counsel, Brian Vogel and Jeffrey Held, conducted their prefiling conference relating to this and all of defendants' motions in limine on March 23, 2010.  This meeting, held telephonically, was

1

informed by defendants having electronically transmitted the exact text of the first 17 motions in limine to plaintiff's counsel on March 16, 2010. Plaintiff's counsel stated that he was not yet in a position to concede any of these, although he acknowledged their receipt on March 16, 2010.

The plaintiff can be referred to quite easily and clearly as "the plaintiff" or "Mr. Vasquez." Characterizing him as "the victim," "the injured party," or "Max" casts him in an unduly sympathetic light. It is not the intent of the civil rights statute to overly personalize any of the involved persons. In matters of forceful confrontation with the authorities, sympathies often run high. They do not need to be fed by any but the most antiseptic descriptions of the parties, either as such ("plaintiff," "defendant," or other party status) or by their title ("Mr." or "Ms.").

Dated: April ____, 2010

LAW OFFICES OF ALAN E. WISOTSKY

By:_____
JEFFREY HELD
Attorneys for Defendants, CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, STEVE MacKINNON, CARLOS MITRE, CODY MADISON, and RYAN SMITH