Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Tel:   (805) 278-0920
Fax:   (805) 278-0289
E-mail: lawyers@wisotskylaw.com

Attorneys for Defendants CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, STEVE MacKINNON, RYAN SMITH, CODY MADISON, and CARLOS MITRE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual, <br><br> Plaintiff, <br><br> v. <br><br> THE CITY OF SANTA PAULA, et al., <br><br> Defendants. | No. CV 09-02590 DSF (MANx) <br><br> **DECLARATION OF DEFENSE COUNSEL RE UNILATERAL FILING OF EXHIBIT LIST AND EXHIBIT LIST** <br><br> PTC Date:  05/03/10 <br> Time:  3:00 p.m. <br> Ctrm:  840, Roybal |

I, JEFFREY HELD, declare as follows:

1.  I make this declaration of facts based upon information which is personally known to me. If called to testify as a witness to the facts contained in this declaration, I would competently and accurately do so under penalty of perjury of the laws of the United States of America.

2.  I am an associate in the Law Offices of Alan E. Wisotsky, attorneys for defendants CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, STEVE MacKINNON, RYAN SMITH, CODY MADISON, and CARLOS MITRE.

3.  According to the Court's scheduling order, the deadline for the filing of the Joint Exhibit List is April 5, 2010.

/ / /

1

1	4.	I have not received plaintiff's proposed exhibits nor have I received a proposed joint exhibit list from plaintiff's counsel, Brian Vogel.

3	5.	On March 29, 2010, I mailed to Mr. Vogel my proposed exhibit list.  I did not receive a response from Mr. Vogel either asking to add his exhibits to my list or supplying me with plaintiff's own exhibit list.

6	6.	Therefore, in order to comply with the Court's orders and Local Rule 16-5, I am now unilaterally filing the "joint" exhibit list, which is the same one that I sent to Mr. Vogel on March 29, 2010.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated this 5th day of April, 2010, at Oxnard, California.


_____
JEFFREY HELD