Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:    (805) 278-0920
Fax:    (805) 278-0289
E-mail: lawyers@wisotskylaw.com

Attorneys for Defendants CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, STEVE MacKINNON, RYAN SMITH, CODY MADISON, and CARLOS MITRE

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual,<br><br>       Plaintiff,<br><br>  v.<br><br>THE CITY OF SANTA PAULA, et al.,<br><br>       Defendants. | No. CV 09-02590 DSF (MANx)<br><br>**JOINT EXHIBIT LIST**<br><br>PTC :  May 3, 2010<br>Time :  3:00 p.m.<br>Place:  840 Roybal<br><br>Trial:  June 29, 2010<br>Time :  8:00 a.m.<br>Place:  840 Roybal |

In accordance with Judge Fischer's Standing Order re Jury Trial, I.D.2, and Central District Local Rule 16-6.1, the parties hereby submit the following joint exhibit list.

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | Transcript of recorded interview by Senior Officer Cody Madison of contact with plaintiff Max Vasquez on 4/15/07 | | |

1

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 2 | Tape recording of contact with plaintiff Max Vasquez made by Senior Officer Cody Madison on 4/15/07 | | |
| 3 | Emergency room report by Dr. Eric Davey, 4/15/07 | | |

Dated: April ____, 2010

        LAW OFFICES OF ALAN E. WISOTSKY

        By:_____
        JEFFREY HELD
        Attorneys for Defendants, CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, STEVE MacKINNON, CARLOS MITRE, CODY MADISON, and RYAN SMITH

Dated: March _____, 2010

        LAW OFFICES OF BRIAN A. VOGEL

        By:_____
        BRIAN A. VOGEL
        Attorney for Plaintiff
        MAX VILLANUEVA VASQUEZ