BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
EMAIL: brian@bvogel.com

Attorney for Plaintiff
MAX VILLANUEVA VASQUEZ

## UNITED STATED DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual<br><br>Plaintiff,<br><br>-vs-<br><br>THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. CV09-02590 (DSF-MAN)<br><br>**DECLARATION OF BRIAN A. VOGEL IN SUPPORT OF PLAINTIFF'S MOTIONS IN LIMINE**<br><br><br>Pre-Trial Conf: May 3, 2010<br>Time: 3:00 p.m.<br>Ctrm: 840 Roybal<br>TRIAL: June 8, 2010 |

I, BRIAN A. VOGEL, hereby declare and state as follows:

1. I am an attorney, duly licensed to practice before all of the courts in the State of California, and in the United States District Court, Central District, and am the

1

attorney of record for the Plaintiff in the above-entitled matter.

2. By reason of my position, I could and, called to do so, would testify to the matters set forth hereon on the basis of personal knowledge.

3. This declaration is made in support of Plaintiff's Motions in Limine relating to the above-entitled action.

4. All of the attachments and exhibits to Plaintiff's Motions in Limine relating to the above-entitled action are true and correct copies of their originals, and are true and correct copies of deposition transcripts, pleadings, or documents recieved in discovery.

5. In particular, Exhibit 1 attached to Plaintiff's Motion in limine nos. 2 and 3, is a true and correct copy of the Rule 26 expert witness report received in discovery.

Dated: 4/12/2010

LAW OFFICES OF BRIAN A. VOGEL, PC

_____
BRIAN A. VOGEL
Attorney for Plaintiff, MAX VILLANUEVA VASQUEZ

2