BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
EMAIL: brian@bvogel.com

Attorney for Plaintiff
MAX VILLANUEVA VASQUEZ

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual | CASE NO. CV09-02590 (DSF-MAN) |
| Plaintiff, | **PLAINTIFF'S PROPOSED VOIR DIRE QUESTIONS** |
| -vs- | |
| THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive. | Pre-Trial Conf: May 3, 2010<br>Time: 3:00 p.m.<br>Ctrm: 840 Roybal<br>TRIAL: June 8, 2010 |
| Defendants. | |

Plaintiffs respectfully propose the following voir dire questions for the jury in this case, in addition to the standard questions customarily asked by the Court:

1

## A. CONTACT WITH, KNOWLEDGE OF, OR OPINIONS REGARDING THE PARTIES OR THIS INCIDENT.

1. Have you had any personal or professional contact with the plaintiff Max Vasquez, who is from Santa Paula?

2. Have you had any personal or professional contact with the City of Santa Paula, or anyone who works for the City?

3. Have any of you had any personal or professional contact with the Santa Paula Police Department or any member of the Santa Paula Police Department?

4. Have you seen any news reports on this case? Have you seen any news reports on similar cases? If so, do you have any opinions?

## B. POTENTIAL BIASES ARISING FROM INCIDENTS OF DOMESTIC VIOLENCE.

5. Do you have any personal experience with persons who have been involved in any sort of incident involving domestic violence?

6. Would the fact that the police responded to a call alleging domestic violence affect your ability to be a fair and impartial juror in this case?

## C. POTENTIAL LAW ENFORCEMENT BIASES

7. Is any member of your family or a close friend in police work, or any kind of security or law enforcement, including as a reserve officer or deputy? What is the work, and where? How close are you to that person? Has he or she ever talked about his or her work with you? How might your relationship or friendship with a police officer influence you if you were asked to be a juror in a case like this?

8. Have you ever contemplated working for law enforcement? If yes, what was it about police work that appealed to you? (Same questions about spouse and other working members of household.)

9. Have you ever been on a law enforcement ride-along? Please describe the experience.

10. Have you ever made any kind of financial contribution to any neighborhood or citizens' association concerned with the suppression of crime? If yes, please explain.

11. Have you ever belonged to or made a financial contribution to any group, association, or organization that represents law enforcement officers or that supports or promotes their interests? If yes, please explain. What do you know about the products manufactured by TASER International, Inc.? What opinions do you have about those products, or about the way they are used by law enforcement officers?

12. Have you or anyone close to you ever been the victim of, or a witness to, any type of crime? If yes, please explain. How do you feel the police handled that situation?

13. Have you ever called the police? If yes, why? How did they respond?

14. Have you ever been detained or arrested by police?

14. Describe any positive experiences you have had with the police.

15. Describe any negative experiences you have had with the police.

16. Have you ever been present at or witnessed an incident where the police responded to a domestic disturbance? Did you form any opinions about that incident? If yes, please explain.

3

17. Have you or anyone close to you ever seen the police use force on someone? If yes, please explain. How do you feel the police conducted themselves in that situation?

18. What contact have you had with police or law enforcement through your work? Your neighborhood? Your social life?

19. What are your opinions about how the problem of police misconduct ought to be handled? Do you think police officers should be held responsible for mistakes they may make?

20. Would you be more inclined to believe or disbelieve the testimony of a police officer than you would the testimony of another witness who is not a police officer? If yes, why?

21. What problems do you have with the idea of an ordinary citizen suing police officers based on allegations of misconduct?

**D. ATTITUDES AND INVOLVEMENT WITH LAWYERS, IN LITIGATION**

22. Do you know any judges, attorneys, or court personnel?

23. Have you ever been a part of a lawsuit or trial in any capacity, including as a party, a witness, or an expert? Did you form any strong feelings as a result of that experience?

24. Do you have any strong personal feelings about awarding money, if the facts and the law warrant it, for the loss of someone's life? For pain and suffering? As punitive damages to punish someone you felt committed wrongdoing?

///

///

4

Respectfully submitted,

DATED: April 12, 2010       THE LAW OFFICES OF BRIAN A. VOGEL

BY: _____
MAX VILLANUEVA VASQUEZ
Attorneys for Plaintiff