Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California 93036
Tel:   (805) 278-0920
Fax:   (805) 278-0289
E-mail: lawyers@wisotskylaw.com

Attorneys for Defendants CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, STEVE MacKINNON, RYAN SMITH, CODY MADISON, and CARLOS MITRE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>THE CITY OF SANTA PAULA, et al.,<br><br>　　　　Defendants. | No. CV 09-02590 DSF (MANx)<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION IN LIMINE NO. 3**<br><br>Date: May 3, 2010<br>Time: 3:00 p.m.<br>Ctrm: 840, Roybal |

Defendants hereby respond to plaintiff's Motion in Limine No. 3 as follows:

During their prefiling conference of April 8, 2010, plaintiff's counsel and defendants' counsel arrived at a mutually agreeable resolution to this in limine motion. Plaintiff's counsel agrees that there is such a thing as a police practices expert and that, by definition, such a practices expert would need to express opinions about the use of force. Plaintiff's counsel likewise agrees that such an expert would, by definition, need to express his viewpoints about the propriety of the force.

Yet both plaintiff and defendants agree, arising from the prefiling conference, that specific words like "lawful," "objectively reasonable," "did not constitute excessive force," "reasonable," and, "objectively reasonable," are too close to the

1

exact language of the issues which the jury will be called upon to resolve. Use of the ultimate "magic words" would be telling the jury which answer to choose and would be improper and excludable.

Therefore, the parties agreed, during the prefiling conference, that Mr. Meyer could describe these thoughts or concepts but must refrain from utilizing the exact language of the ultimate issues facing the jury. So, for example, Mr. Meyer could testify that the force used or the conduct which he was describing was appropriate under the circumstances, conformed to standard police practice, was called for, mirrored generally accepted police standards and practices, fulfilled safety concerns and that type of thing, which is couched in less legally conclusory language than the quoted excerpts. Therefore, the parties have resolved the issue raised by this third motion in limine by a compromise solution as described above.

Dated: April ____, 2010

LAW OFFICES OF ALAN E. WISOTSKY

By:_____
JEFFREY HELD
Attorneys for Defendants, CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, STEVE MacKINNON, CARLOS MITRE, CODY MADISON, and RYAN SMITH

2