1 Alan E. Wisotsky (SBN 68051)
  Jeffrey Held (SBN 106991)
2 LAW OFFICES OF ALAN E. WISOTSKY
  300 Esplanade Drive, Suite 1500
3 Oxnard, California  93036
  Tel:   (805) 278-0920
4 Fax:   (805) 278-0289
  E-mail:  lawyers@wisotskylaw.com

5
  Attorneys for Defendants CITY OF SANTA
6 PAULA, SANTA PAULA POLICE
  DEPARTMENT, STEVE MacKINNON, RYAN
7 SMITH, CODY MADISON, and CARLOS MITRE

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 MAX VILLANUEVA VASQUEZ, an )        No. CV 09-02590 DSF (MANx)
   individual,                )
12                            )        **DEFENDANTS' RESPONSE**
              Plaintiff,       )        **TO PLAINTIFF'S MOTION IN**
13                            )        **LIMINE NO. 5**
         v.                    )
14                            )        Date:  May 3, 2010
   THE CITY OF SANTA PAULA,    )        Time:  3:00 p.m.
15 et al.,                     )        Ctrm:  840, Roybal
                               )
16            Defendants.       )
                               )
17 _____ )

18

19        Defendants do, in fact, agree to the in limine exclusion of the subject of this

20 fifth in limine motion.  Plaintiff seeks to exclude all reference to him as a "suspect"

21 or as a "defendant."  Certainly his being a defendant in a criminal context is absolutely

22 irrelevant.  While technically plaintiff was a "suspect" at some point during this

23 contact, it is a highly charged term which is more reasonably related to an arrest case

24 than a force case.  It is certainly sufficient to refer to the plaintiff as "the plaintiff,"

25 "Max Vasquez" or "Mr. Vasquez."  Therefore, defendants are agreeable to the

26 / / /

27 / / /

28 / / /

1

1  in limine exclusion of the subject matter of the fifth motion.

2

3

4        Dated:  April ____, 2010

5                                    LAW OFFICES OF ALAN E. WISOTSKY

6

7                                    By:_____
                                         JEFFREY HELD
8                                        Attorneys for Defendants, CITY OF
                                         SANTA PAULA, SANTA PAULA
9                                        POLICE DEPARTMENT, STEVE
                                         MacKINNON, CARLOS MITRE,
10                                       CODY MADISON, and RYAN SMITH

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28