BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
EMAIL: brian@bvogel.com

Attorney for Plaintiff
MAX VILLANUEVA VASQUEZ

## UNITED STATED DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual<br><br>Plaintiff,<br><br>-vs-<br><br>THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. CV09-02590 (DSF-MAN)<br><br>**FIRST AMENDED JOINT EXHIBIT LIST.**<br><br><br>Pre-Trial Conf: May 3, 2010<br>Time: 3:00 p.m.<br>Ctrm: 840 Roybal<br>TRIAL: June 8, 2010 |

In accordance with Judge Fischer's Standing Order re Jury Trial I.D.2 and Central District Local Rule 16-6.1 and the Joint Final Pre-Trial Conference Order filed concurrently herewith under separate cover, the parties hereby submit the following joint exhibit list. While the parties acknowledge the following 27 items as the universe of potential exhibits, they reserve the right to object to the exhibits' admissibility.

1

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1a | Color photograph of blood on driveway at scene of incident (close-up) | | |
| 1b | Color photograph of blood on driveway and garage door at scene of incident (medium range) | | |
| 1c | Color photograph of blood on driveway and garage door at scene of incident (longer range) | | |
| 1d | Color photograph of additional blood on driveway at scene of incident | | |
| 1e | Color Photo of Max Vasquez' head injuries | | |
| 1f | Color Photo of Max Vasquez' head injuries | | |
| 1g | Color Photo of Max Vasquez' neck injuries (close-up) | | |
| 1h | Color Photo of Max Vasquez' neck injuries (medium range) | | |
| 1i | Color Photo of Max Vasquez' left side injuries; blood on tank top | | |
| 1j | Color Photo of Max Vasquez' left side injuries from Taser darts | | |
| 1k | Color Photo of Max Vasquez' arm injuries | | |
| 1l | Color Photo of Max Vasquez' knee injuries | | |
| 2a | 4 color photographs of April Clanton | | |
| 2b | 4 color photographs of scene of incident on Fillmore St., Santa Paula, CA | | |

| | | | |
|---|---|---|---|
| 2c | 4 color photographs of Max Vasquez | | |
| 2d | 3 color photographs of Max Vasquez | | |
| 3a | Photo of house at scene of incident | | |
| 3b | Photo of Max Vasquez' house | | |
| 3c | Photo of Max Vasquez' driveway, gate, and garage | | |
| 3d | Photo of house at scene of incident; front door, garage door | | |
| 3e | Photo of house at scene of incident; front door, garage door, driveway | | |
| 4 | SPPD Dispatch Log | | |
| 5 | Police Reports, Use of Force Reports and Use of Force Memo | | |
| 6 | Taser, Advanced M26 Taser Data Port Manual, Page 1 | | |
| 7 | SPPD Taser Log | | |
| 8 | Taser Record Serial No. X00-192603 | | |
| 9 | Taser Certification Application and Test, Carlos Mitre | | |
| 10 | Taser Certification Application and Test, Cody Madison | | |
| 11 | Commission on Peace Officer Standards and Training, Profile Report for Officer Carlos Mitre, with Roster and Certificate of Completion | | |
| 12 | Commission on Peace Officer Standards and Training, Profile Report for Officer Cody Madison, with Roster and Certificate of Completion | | |

3

| | | | |
|---|---|---|---|
| 13 | Santa Paula Police Department Memorandum re May Training attendance records, training outline and user course | | |
| 14 | Santa Paula Police Department General Order 8-8 | | |
| 15 | Santa Paula Police Department General Order 9-2 | | |
| 16 | Santa Paula Police Department General Order 8-1 | | |
| 17 | Santa Paula Police Department General Order 14-2 | | |
| 18 | Santa Paula Police Department General Order 8-3 | | |
| 19 | Santa Paula Police Department General Order 8-9 | | |
| 20 | Santa Paula Police Department General Order 9-5 | | |
| 21 | Santa Paula Police Department General Order 16-1 | | |
| 22 | Transcript of tape recording of contact with plaintiff Max Vasquez by Senior Officer Cody Madison on 4/15/07 | | |
| 23 | Tape recording of contact with plaintiff Max Vasquez made by Senior Officer Cody Madison on 4/15/07 | | |
| 24 | Emergency room report by Dr. Eric Davey, 4/15/07 | | |

| 25 | Transcript of recorded interview by Senior Officer Cody Madison of contact with plaintiff Max Vasquez on 4/15/07 | | |
|---|---|---|---|
| 26 | Tape recording of contact with plaintiff Max Vasquez made by Senior Officer Cody Madison on 4/15/07 | | |
| 27 | Emergency room report by Dr. Eric Davey, 4/15/07 | | |

Dated: 4/13/10

LAW OFFICES OF ALAN E. WISOTSKY

By JEFFREY HELD
Attorneys for Defendants
CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON OFFICER CARLOS MITRE, OFFICER CODY MADISON AND OFFICER RYAN SMITH

Dated: 4/12/2010

LAW OFFICES OF BRIAN A. VOGEL

BRIAN A. VOGEL
By BRIAN A. VOGEL
Attorney for Plaintiff,
MAX VILLANUEVA VASQUEZ

5