BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
EMAIL: brian@bvogel.com

Attorney for Plaintiff
MAX VILLANUEVA VASQUEZ

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual<br><br>Plaintiff,<br><br>-vs-<br><br>THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. CV09-02590 (DSF-MANx)<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 6: TO EXCLUDE EVIDENCE THAT OFFICER MITRE IS NO LONGER EMPLOYED BY THE DEFENDANT MUNICIPALITY**<br><br>Date: May 3, 2010<br>Time: 3:00 p.m.<br>Ctrm: 840 Roybal |

By their Motion in Limine No. 6, Defendants seek to exclude evidence that Defendant Officer Mitre is no longer employed by Defendant municipality.

Plaintiff does not object to this Motion in Limine being granted.

1

Plaintiff therefore stipulates to Defendants' Motion in Limine No. 6 to Exclude Evidence of Officer Mitre's Current State of Employment, and that he is no longer employed by Defendant City.

DATED: April 18, 2010			THE LAW OFFICES OF BRIAN A. VOGEL, PC


				By: _____
					Brian A. Vogel
					Attorney for Plaintiff
					Max Villanueva Vasquez