BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
EMAIL: brian@bvogel.com

Attorney for Plaintiff
MAX VILLANUEVA VASQUEZ

UNITED STATED DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual<br><br>Plaintiff,<br><br>-vs-<br><br>THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. CV09-02590 (DSF-MANx)<br><br>**PLAINTIFF'S STATEMENT OF CONDITIONAL NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 8: TO EXCLUDE CHARACTERIZATION OF PLAINTIFF AS "THE VICTIM" OR "THE INJURED PARTY"**<br><br>Date: May 3, 2010<br>Time: 3:00 p.m.<br>Ctrm: 840 Roybal |

By their Motion in Limine No. 8, Defendants seek exclusion of the characterization of Plaintiff as "the victim," "the injured party" or "Max.".

Plaintiff does not intend to refer to himself as "the victim," or "the injured party".

1

However, it is possible that witnesses may refer to Plaintiff as "Max", as that is his given name. Reference to the Plaintiff by his given name is not unduly prejudicial. Therefore, Plaintiff cannot stipulate to that portion of Defendants' Motion in Limine as to the use of his name, Max. Plaintiff, however, does not object to Defendants' Motion in Limine being granted as to the characterization of Plaintiff as "the victim" or "the injured party."

Plaintiff therefore stipulates to Defendants' Motion in Limine No. 8 to Exclude Characterization of Plaintiff as "The Victim" or "The Injured Party", but not as to the exclusion of the use of Plaintiff's name, "Max".

DATED: April 18, 2010   THE LAW OFFICES OF BRIAN A. VOGEL, PC


By: _____/s/ Brian Vogel_____
Brian A. Vogel
Attorney for Plaintiff
Max Villanueva Vasquez

2