1  BRIAN A. VOGEL, SBN 167493
2  THE LAW OFFICES OF BRIAN A. VOGEL, PC
   770 County Square Dr., Ste. 104
3  Ventura, CA 93003
4  Phone: (805) 654-0400
   FAX: (805) 654-0326
5  EMAIL: brian@bvogel.com

6
   Attorney for Plaintiff
7  MAX VILLANUEVA VASQUEZ

8

9

10            **UNITED STATED DISTRICT COURT**
              **CENTRAL DISTRICT OF CALIFORNIA**

11

12

13
   MAX VILLANUEVA VASQUEZ, an individual    )   CASE NO. CV09-02590 (DSF-MANx)
14                                          )
                          Plaintiff,        )   **PLAINTIFF'S STATEMENT OF**
15                                          )   **NON-OPPOSITION TO**
                                            )   **DEFENDANTS' MOTION IN**
16                                          )   **LIMINE NO. 10: TO EXCLUDE**
                                            )   **POTENTIAL FOR**
17            -vs-                          )   **INDEMNIFICATION**
                                            )
18 THE CITY OF SANTA PAULA, THE SANTA       )
19 PAULA POLICE DEPARTMENT,  POLICE         )
   CHIEF STEVE MACKINNON, OFFICER           )
20 CARLOS MITRE, OFFICER CODY MADISON,      )   Date: May 3, 2010
21 OFFICER RYAN SMITH in both their individual )   Time: 3:00 p.m.
   and official capacities, and DOES 1-10, inclusive. )   Ctrm: 840 Roybal
22                                          )
23                        Defendants.       )
24  _____)

25        By their Motion in Limine No. 10, Defendants seek to exclude potential for

26  indemnification.

27        Plaintiff does not object to this Motion in Limine being granted and does not

28

                                       1

intend to discuss the effects of a verdict or who will be required to pay how much as a result of any decision of the jury.

Plaintiff therefore stipulates to Defendants' Motion in Limine No. 10 to Exclude Potential for Indemnification.

Plaintiff requests that such order be made mutual to all parties thereby preventing any party from referring to the effects of a verdict or who will be required to pay how much as a result of any decision of the jury.  Indemnification and insurance should be completely excluded from the trial of the action.


DATED:  April 18, 2010            THE LAW OFFICES OF BRIAN A. VOGEL, PC



                          By:  _____
                               Brian A. Vogel
                               Attorney for Plaintiff
                               Max Villanueva Vasquez

2