BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
EMAIL: brian@bvogel.com

Attorney for Plaintiff
MAX VILLANUEVA VASQUEZ

UNITED STATED DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual<br><br>Plaintiff,<br><br>-vs-<br><br>THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. CV09-02590 (DSF-MANx)<br><br>**PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 11: [TO EXCLUDE GOLDEN RULE ARGUMENTS]**<br><br>Date: May 3, 2010<br>Time: 3:00 p.m.<br>Ctrm: 840 Roybal |

By their Motion in Limine No. 11, Defendants seek to exclude golden rule arguments. Plaintiff does not object to this Motion in Limine being granted and does not intend to use the so-called golden rule method of testimony or argument.

1

Plaintiff therefore stipulates to Defendants' Motion in Limine No. 11 to Exclude Golden Rule Arguments.

Plaintiff requests that such order be made mutual to all parties thereby preventing any party, witness or counsel requesting the jurors to place themselves in the shoes or place of any of the parties in this case or their relatives.

DATED: April 18, 2010            THE LAW OFFICES OF BRIAN A. VOGEL, PC

By: *Brian Vogel*
Brian A. Vogel
Attorney for Plaintiff
Max Villanueva Vasquez