BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
EMAIL: brian@bvogel.com

Attorney for Plaintiff
MAX VILLANUEVA VASQUEZ

## UNITED STATED DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>)<br>-vs- )<br>)<br>THE CITY OF SANTA PAULA, THE SANTA )<br>PAULA POLICE DEPARTMENT, POLICE )<br>CHIEF STEVE MACKINNON, OFFICER )<br>CARLOS MITRE, OFFICER CODY MADISON, )<br>OFFICER RYAN SMITH in both their individual )<br>and official capacities, and DOES 1-10, inclusive. )<br>)<br>)<br>Defendants. )<br>) | CASE NO. CV09-02590 (DSF-MANx)<br><br>**PLAINTIFF'S STATEMENT OF CONDITIONAL NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 12: EXCLUDING OFFICERS' SELF CRITIQUE**<br><br>Date: May 3, 2010<br>Time: 3:00 p.m.<br>Ctrm: 840 Roybal |

By their Motion in Limine No. 12, Defendants seek exclusion of all reference to the Defendant Officers' self-critique.

Plaintiff is unaware of any self-critique by Defendant Officers, regarding their own

1

or their partners' use of force. For this reason, Plaintiff does not oppose an order excluding evidence that apparently does not exist. However, if there was such evidence of self-critique or critique of another officer, it might be relevant, depending on the nature of the critique and the context in which it is given.

Plaintiff does not intend to refer to, or introduce evidence of the Officers' opinions as to how their use of force made them feel, or whether in hindsight or retrospect the Officers thought that they or their partners did the right or wrong thing.

Plaintiff therefore stipulates to Defendants' Motion in Limine No. 12 to Exclude Officers' Self-Critique, unless Plaintiff becomes aware of significant new evidence, which would have to be analyzed based upon its content and context.

DATED: April 18, 2010           THE LAW OFFICES OF BRIAN A. VOGEL, PC


                                By:   /s/ Brian Vogel
                                      Brian A. Vogel
                                      Attorney for Plaintiff
                                      Max Villanueva Vasquez