BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
EMAIL: brian@bvogel.com

Attorney for Plaintiff
MAX VILLANUEVA VASQUEZ

## UNITED STATED DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual | CASE NO. CV09-02590 (DSF-MANx) |
| Plaintiff, | **PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 13: TO EXCLUDE THE EXISTENCE OR ABSENCE OF ANY LAW ENFORCEMENT AGENCY'S POST INCIDENT INQUIRY** |
| -vs- | |
| THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive. | Date: May 3, 2010<br>Time: 3:00 p.m.<br>Ctrm: 840 Roybal |
| Defendants. | |

By their Motion in Limine No. 13, Defendants seek to exclude evidence of the existence or absence of any law enforcement agency's post-incident inquiry.

Plaintiff does not object to this Motion in Limine being granted and does not

intend to discuss the existence or absence of any law enforcement agency's post-incident inquiry.

Plaintiff therefore stipulates to Defendants' Motion in Limine No. 13 to Exclude The Existence or Absence of Any Law Enforcement Agency's Post-Incident Inquiry.


DATED:  April 18, 2010              THE LAW OFFICES OF BRIAN A. VOGEL, PC



                                    By:    _____
                                           Brian A. Vogel
                                           Attorney for Plaintiff
                                           Max Villanueva Vasquez