BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
EMAIL: brian@bvogel.com

Attorney for Plaintiff
MAX VILLANUEVA VASQUEZ

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual <br><br> Plaintiff, <br><br> -vs- <br><br> THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive. <br><br> Defendants. | CASE NO. CV09-02590 (DSF-MAN) <br><br> **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 14: TO EXCLUDE ATTRIBUTION OF FAULT TO METHOD OF TAKING PHOTOGRAPHS OF PLAINTIFF'S INJURIES** <br><br> Date: May 3, 2010 <br> Time: 3:00 p.m. <br> Ctrm: 840 Roybal |

Plaintiff, MAX VILLANUEVA VASQUEZ, hereby submits the following memorandum of Points and Authorities in Opposition to Defendants' Motion in Limine to exclude attribution of fault to the method and timing of taking photographs of Plaintiff's injuries.

1

Officer Mitre took photographs of Plaintiff's injuries. However, there were no photos taken at the scene and there were no photos taken of the location of the taser probes as required by SPPD policies.

Plaintiff does not intend to argue that the Defendants' failure to collect and preserve evidence in violation of their own policies is a constitutional violation, as suggested by Defendants' motion. Defendants are quite right in their assertion that taking bad photographs is not a constitutional violation. However, just as the jury would be entitled to learn that the police intentionally destroyed relevant evidence, they must be allowed to decide whether the police intentionally failed to gather relevant evidence in the first place, particularly when their own departmental policies require the gathering of a particular kind of evidence under circumstances identical to those presented to the officers in this case.

Defendants are free to argue the myriad reasons why they failed may have failed to gather evidence when they were required to collect it. However, the court should not completely exclude this relevant fact from the jury's consideration merely because it does not, by itself, amount to a constitutional violation. For these reasons, the court should deny the Defendants' Motion.

DATED: April 18, 2010

THE LAW OFFICES OF BRIAN A. VOGEL, PC

By: *Brian Vogel*
Brian A. Vogel
Attorney for Plaintiff
Max Villanueva Vasquez