BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
EMAIL: brian@bvogel.com

Attorney for Plaintiff
MAX VILLANUEVA VASQUEZ

# UNITED STATED DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual <br><br> Plaintiff, <br><br> -vs- <br><br> THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive. <br><br> Defendants. | CASE NO. CV09-02590 (DSF-MANx) <br><br> **PLAINTIFF'S STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION IN LIMINE NO. 15: TO EXCLUDE YOUTHFUL CRIMINAL PROSECUTION OF DEFENDANT CARLOS MITRE** <br><br> Date: May 3, 2010 <br> Time: 3:00 p.m. <br> Ctrm: 840 Roybal |

By their Motion in Limine No. 15, Defendants seek to exclude evidence of the former criminal prosecution of Defendant Officer Carlos Mitre. Prior to being hired by the Santa Paula Police Department, Carlos Mitre was prosecuted for residential burglary

1

in Kern County. On the day of trial, the prosecutor dismissed the charges.

Plaintiff does not object to this Motion in Limine being granted and does not intend to discuss the existence of any evidence as to Defendant Mitre's former arrest and prosecution.

Plaintiff therefore stipulates to Defendants' Motion in Limine No. 15 to Exclude Evidence of Defendant Carlos Mitre's Former Criminal Prosecution.

DATED: April 18, 2010        THE LAW OFFICES OF BRIAN A. VOGEL, PC


By: _____
Brian A. Vogel
Attorney for Plaintiff
Max Villanueva Vasquez