Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:   (805) 278-0920
Fax:   (805) 278-0289
E-mail:  lawyers@wisotskylaw.com

Attorneys for Defendants CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, STEVE MacKINNON, RYAN SMITH, CODY MADISON, and CARLOS MITRE

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual,<br><br>            Plaintiff,<br><br>     v.<br><br>THE CITY OF SANTA PAULA, et al.,<br><br>            Defendants. | No. CV 09-02590 DSF (MANx)<br><br>**ORDER DISMISSING DEFENDANT RYAN SMITH WITH PREJUDICE** |

Good cause appearing therefore and based upon the stipulation of the parties to this effect, the Court does now enter this order dismissing defendant Ryan Smith, with prejudice, in all of his capacities, personal, individual and official, from this or any other federal or state court lawsuit arising out of the facts and circumstances which are or could have been alleged in the complaint forming the basis of this action.  Neither party will take anything, including past, present or future damages, attorneys' fees or costs from the other, in that this dismissal is a mutual walk-away.  The defendants, however,

1

1  will have to produce Ryan Smith as a witness in the trial of this action upon
2  reasonable notice.
3  / / /
4  IT IS SO ORDERED.
5
6  Dated:___4/26/10                          *[signature: Dale S. Fischer]*
   _____
7                                             DALE S. FISCHER
                                              United States District Judge

2