UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 09-2590 DSF (PJWx) | Date 5/3/10 |
| Title Max Villanueva Vasquez v. The City of Santa Paula, et al. | |

| | |
|---|---|
| Present: The Honorable | DALE S. FISCHER, United States District Judge |

| Debra Plato | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**   (In Chambers) Order GRANTING in part and DENYING in part Plaintiff's Motions in Limine (Docket Nos. 67-71)

For the reasons noted below, the Court GRANTS in part and DENIES in part Plaintiff's Motions in Limine.[1]

## Motion in Limine No. 1

The Court grants Plaintiff's motion to the extent it is unopposed. However, it denies Plaintiff's request to exclude evidence about Plaintiff's actions immediately preceding Plaintiff's arrest. Such evidence is not inadmissible character evidence, but instead directly relates to Plaintiff's then-existing state of mind, and his conduct and credibility.

## Motion in Limine No. 2

Although the Court views this motion as a mere request to follow the Rules of Evidence, it grants the motion and requires that Mr. Meyer's opinion testimony be limited to the opinions and grounds articulated in his Rule 26 report.

## Motion in Limine No. 3

---

[1] All rulings on motions in limine are tentative, and may be reconsidered based on evidence received at trial.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

This motion is now moot in light of the parties' private resolution of the issue. (Defs.' Resp. to Pl.'s Mot. in Limine No. 3.)

## Motion in Limine No. 4

The Court grants this motion to the extent it is unopposed, but denies it to the extent Plaintiff seeks to exclude evidence relating to domestic violence investigations under Rule 403 of the Federal Rules of Evidence.

## Motion in Limine No. 5

The Court grants this unopposed motion.

IT IS SO ORDERED.