UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 09-2590 DSF (PJWx) | Date | 5/3/10 |
|---|---|---|---|
| Title | Max Villanueva Vasquez v. The City of Santa Paula, et al. | | |

**Present: The Honorable**  DALE S. FISCHER, United States District Judge

| Debra Plato | Pamela Batalo |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Brian Arnold Vogel | Alan E. Wisotsky |
|  | Jeffrey Held |

**Proceedings:**   PRETRIAL CONFERENCE

The matter is called and counsel state their appearances.  The Court and the parties discuss trial matters as set forth on the record.  The Court will bifurcate the Monell claim.  Each side will have 8 hours for trial.  The motions in limine are under submission and a ruling will be issued.  Trial is set for June 29, 2010 and a pretrial conference is set for June 14, 2010 at 3:00 p.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Time: 25
dp