Alan E. Wisotsky (SBN 68051)
Jeffrey Held (SBN 106991)
LAW OFFICES OF ALAN E. WISOTSKY
300 Esplanade Drive, Suite 1500
Oxnard, California  93036
Tel:   (805) 278-0920
Fax:   (805) 278-0289
E-mail:  lawyers@wisotskylaw.com

Attorneys for Defendants CITY OF SANTA PAULA, SANTA PAULA POLICE DEPARTMENT, STEVE MacKINNON, CODY MADISON, and CARLOS MITRE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual,<br><br>          Plaintiff,<br><br>     v.<br><br>THE CITY OF SANTA PAULA, et al.,<br><br>          Defendants. | No. CV 09-02590 DSF (MANx)<br><br>**NOTICE OF LODGING DISK CONTAINING JURY INSTRUCTIONS**<br><br>Second Pretrial Conference<br> Date:  June 16, 2010<br> Time:  3:00 p.m.<br> Ctrm:  840 Roybal |

Lodged herewith is a CD containing jury instructions submitted concurrently with the parties' filing of their agreed upon and disputed jury instructions.

Dated:  June ____, 2010

                                        LAW OFFICES OF ALAN E. WISOTSKY


                                        By:_____
                                          JEFFREY HELD
                                          Attorneys for Defendants, CITY OF
                                          SANTA PAULA, SANTA PAULA
                                          POLICE DEPARTMENT, STEVE
                                          MacKINNON, CARLOS MITRE, and
                                          CODY MADISON

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28