FILED
CLERK, U.S. DISTRICT COURT

JUL - 2 2010

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ,<br><br>Plaintiff,<br><br>vs.<br><br>OFFICER CARLOS MITRE and OFFICER CODY MADISON,<br><br>Defendants. | Case No.: CV 09-2590 DSF (MANx)<br><br>VERDICT FORM |

We, the jury, unanimously answer the questions put to us as follows:

1. Did defendant Carlos Mitre violate the constitutional rights of the plaintiff?

    Yes ____        No __X__

2. Did defendant Cody Madison violate the constitutional rights of the plaintiff?

    Yes __X__       No ____

1 |     3. If you answered question 1 or 2 "yes," what is the amount of damages, if any?

$ <u>nominal</u> - $1

REDACTED VERDICT FORM AS TO FOREPERSON SIGNATURE

Dated: July <u>2</u>, 2010

_____
Presiding Juror

2