# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - TRIAL**

| | |
|---|---|
| Case No. | CV 09-2590 DSF (MANx) |
| Title: | Max Villanueva Vasquez v. The City of Santa Paula, et al. |
| Date | July 1, 2010 |

Present: The Honorable  Dale S. Fischer, United States District Judge

| Andrea Keifer | Pamela Batalo |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Brian Arnold Vogel | Alan E. Wisotsky<br>Jeffrey Bruce Held |

____ Day Court Trial   Third Day Jury Trial

____ One day trial:   ____ Begun (1st day);   X Held & Continued;   ____ Completed by jury verdict/submitted to court.

____ The Jury is impaneled and sworn.

____ Opening statements made by ____

X Witnesses called, sworn and testified.   X Exhibits Identified   ____ Exhibits admitted.

X Plaintiff(s) rest.   X Defendant(s) rest.

X Closing arguments made by   X plaintiff(s)   X defendant(s).   X Court instructs jury.

X Bailiff(s) sworn.   X Jury retires to deliberate.   ____ Jury resumes deliberations.

____ Jury Verdict in favor of   ____ plaintiff(s)   ____ defendant(s) is read and filed.

____ Jury polled.   ____ Polling waived.

____ Filed Witness & Exhibit Lists   X Filed jury notes.   X Filed jury instructions.

____ Judgment by Court for ____   ____ plaintiff(s)   ____ defendant(s).

____ Findings, Conclusions of Law & Judgment to be prepared by   ____ plaintiff(s)   ____ defendant(s).

____ Case submitted.   ____ Briefs to be filed by ____

____ Motion to dismiss by ____   is   ____ granted.   ____ denied.   ____ submitted.

____ Motion for mistrial by ____   is   ____ granted.   ____ denied.   ____ submitted.

____ Motion for Judgment/Directed Verdict by ____   is   ____ granted.   denied.   ____ submitted.

____ Settlement reached and placed on the record.

X Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.

____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

____ Trial subpoenaed documents returned to subpoenaing party.

X Case continued to   July 2, 2010 at 8:00 a.m.   for further trial/further jury deliberation.

X Other:   Counsel stipulate that exhibit 108 is admitted and shall be sent to the jury in place of admitted exhibit 101A. As stated on the record, the plaintiff withdraws the Monell claim and any award of punitive damages pursuant to a stipulation between the parties.

  5 : 35

Initials of Deputy Clerk   AK

cc: