# LIST OF EXHIBITS AND WITNESSES

| Case Number | CV 09-2590 DSF (MANx) | Title | Max Villanueva Vasquez v. The City of Santa Paula, et al. |
|---|---|---|---|
| **Judge** | DALE S. FISCHER, United States District Judge | | |
| **Dates of Trial or Hearing** | June 29, 2010, June 30, 2010 and July 1, 2010 | | |
| **Court Reporters or Tape No.** | Pamela Batalo | | |
| **Deputy Clerks** | Andrea Keifer | | |

FILED
CLERK, U.S. DISTRICT COURT
JUL - 2 2010
CENTRAL DISTRICT OF CALIFORNIA
BY           DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Brian A. Vogel | Alan E. Wisotsky |
| | Jeffrey Held |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev. | | |
| | | | | | | See Attached | |

G-65 (03/07)                    LIST OF EXHIBITS AND WITNESSES                    Page ___ of ___

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 1 | 4 color photographs of scene of incident at 759 Fillmore St., Santa Paula, CA | 6/30/10 | 6/29/10 |
| 2 | 4 color photographs of April Clanton | 6/30/10 | 6/29/10 |
| 3 | 4 color photographs of Max Vasquez' injuries at the hospital | 6/30/10 | 6/29/10 |
| 4 | 3 color photographs of Max Vasquez' injuries at the Santa Paula Police Department | 6/30/10 | 6/29/10 |
| 5 | Color photograph of blood on driveway at scene of incident (close-up) | 6/29/10 | 6/29/10 |
| 6 | Color photograph of blood on driveway and garage door at scene of incident (medium range) | 6/29/10 | 6/29/10 |
| 7 | Color photograph of blood on driveway and garage door at scene of incident (longer range) | 6/29/10 | 6/29/10 |
| 8 | Color photograph of additional blood on driveway at scene of incident | 6/29/10 | 6/29/10 |
| 9 | Photo of 759 Fillmore (the scene of the incident); front door and garage door closeup | 6/29/10 | 6/29/10 |
| 10 | Photo of 759 Fillmore (the scene of the incident); container and vehicle in driveway | | 6/29/10 |
| 11 | Photo of 759 Fillmore (the scene of the incident); front door, garage door, driveway | 6/29/10 | 6/29/10 |
| 12 | Photo of the front of Max Vasquez' house at 1170 Richmond Road | 6/29/10 | 6/29/10 |

| 13 | Photo of the rear of Max Vasquez' house at 1170 Richmond Road (driveway, gate, and garage) | 6/30/10 | 6/29/10 |
|---|---|---|---|
| 14 | Color Photo of Max Vasquez' neck injuries (close-up) | 6/29/10 | 6/29/10 |
| 15 | Color Photo of Max Vasquez' neck injuries (medium range) | 6/29/10 | 6/29/10 |
| 16 | Color Photo of Max Vasquez' left side injuries; blood on tank top | 6/29/10 | 6/29/10 |
| 17 | Color Photo of Max Vasquez' left side injuries from Taser darts | 6/29/10 | 6/29/10 |
| 18 | Color Photo of Max Vasquez' knee injuries | 6/29/10 | 6/29/10 |
| 19 | Color Photo of Max Vasquez' wrist injury | 6/29/10 | 6/29/10 |
| 20 | Color Photo of Max Vasquez' face (looking down) | 6/29/10 | 6/29/10 |
| 21 | Color Photo of Max Vasquez' face (looking straight ahead) | 6/29/10 | 6/29/10 |
| 22 | SPPD Dispatch Log | | |
| 23 | Police Report of Carlos Mitre, (6 pages) | | |
| 24 | Police Report of Carlos Mitre, (6 pages) | | |
| 25 | Police Report of Cody Madison, (3 pages) | | |
| 26 | Use of Force Report of Cody Madison, (2 pages) | | |
| 27 | SPPD Taser Log (1 page; 04-09-07 to 04-16-07;) | | |
| 28 | Taser Record Serial No. X00-192603 (6 pages) | | |

| | | | |
|---|---|---|---|
| 29 | Taser Certification Application and Test, Carlos Mitre | | |
| 30 | Taser Certification Application and Test, Cody Madison | | |
| 31 | Santa Paula Police Department Memorandum re May Training attendance records, training outline and user course | | |
| 32 | Santa Paula Police Department General Order 8-8 | | 6/29/10 |
| 33 | Santa Paula Police Department General Order 9-2 | | 6/29/10 |
| 34 | Santa Paula Police Department General Order 8-1 | | |
| 35 | Santa Paula Police Department General Order 14-2 | | |
| 36 | Santa Paula Police Department General Order 8-3 | | 6/29/10 |
| 37 | Santa Paula Police Department General Order 8-9 | | 6/29/10 |
| 38 | Letter written by April Clanton dated May 31, 2007 (3 pages) | | |
| 39 | Certified copy of bailbond posted in People v. Max Vasquez, Ventura County Superior Court Case number 2007014376 | | |
| 40 | Certified copy of Docket (Minute Orders) in People v. Max Vasquez, Ventura County Superior Court Case number 2007014376 | | |

| 41 | Tape recording of contact with plaintiff Max Vasquez made by Senior Officer Cody Madison on 4/15/07 (Cassette tape) | | |
|---|---|---|---|

| EXHIBIT NO. | DESCRIPTION | DATE IDENTIFIED | DATE ADMITTED |
|---|---|---|---|
| 101 | Tape recording of contact with plaintiff Max Vasquez made by Senior Officer Cody Madison on 4/15/07 | 6/30/10 | Partial 6/29/10 |
| 102 | Transcript of recorded interview by Senior Officer Cody Madison of contact with plaintiff Max Vasquez on 4/15/07 | 6/30/10 | Partial 6/29/10 |
| 103 | Emergency room report by Dr. Eric Davey, 4/15/07 |  | 6/29/10 |
| 104 | Photograph 2097, "Front of House." | 6/29/10 | 6/29/10 |
| 105 | Photograph 2098, "Front of House." | 6/29/10 | 6/29/10 |
| 106 | Photograph 2099, "Front of House." |  | 6/29/10 |
| 107 | Exemplar Taser | 7/1/10 |  |
| 108 | Condensed Tape Recording of 101A | 7/1/10 | 7/1/10 |

**PLAINTIFF'S WITNESS LIST**

| | | |
|---|---|---|
| 1. | Jennifer Jump, | 6/29/10 |
| 2. | Janet Vasquez, | 6/29/10 |
| 3. | Max Vasquez, | 6/29/10; 6/30/10 |
| 4. | Cody Madison, | 6/30/10 |
| 5. | Carlos Mitre. | 6/30/10 |
| 6. | Dr. Eric Davey | |

2

1.  Max Vasquez     -  plaintiff
2.  Jennifer Jump   -  witness
3.  Janet Vasquez   -  witness
4.  Cody Madison    -  defendant:                 7/1/10
5.  Carlos Mitre    -  defendant:                 7/1/10
6.  Ryan Smith      -  witness
7.  April Clanton   -  witness:                   6/30/10
8.  Dr. Eric Davey  -  treating physician
9.  Greg Meyer      -  expert:                    7/1/10