```
 1  BRIAN A. VOGEL, SBN 167493
 2  THE LAW OFFICES OF BRIAN A. VOGEL, PC
    770 County Square Dr., Ste. 104
 3  Ventura, CA 93003
 4  Phone: (805) 654-0400
    FAX: (805) 654-0326
 5  EMAIL: brian@bvogel.com
 6
    Attorney for Plaintiff
 7  MAX VILLANUEVA VASQUEZ
 8
 9
10                    UNITED STATES DISTRICT COURT
                      CENTRAL DISTRICT OF CALIFORNIA
11
12
13
14  MAX VILLANUEVA VASQUEZ, an individual )  CASE NO. CV09-02590 (DSF-MAN)
                                          )
15                                        )  NOTICE OF LODGING OF
                           Plaintiff,     )  [PROPOSED] JUDGMENT
16                                        )
                                          )
17           -vs-                         )
                                          )
18  THE CITY OF SANTA PAULA, THE SANTA    )
19  PAULA POLICE DEPARTMENT, POLICE       )
    CHIEF STEVE MACKINNON, OFFICER        )
20  CARLOS MITRE, OFFICER CODY MADISON,   )  Date: July 13, 2010
    OFFICER RYAN SMITH in both their individual )  Ctrm: 840 Roybal
21  and official capacities, and DOES 1-10, inclusive. )
22                                        )
                                          )
23                         Defendants.    )
24  ─────────────────────────────────────
25  ///
26  ///
27  ///
28
                                  1
```

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD IN THIS ACTION:

PLEASE TAKE NOTICE that Plaintiff MAX VILLANUEVA VASQUEZ hereby lodges with this court the attached [Proposed] Judgment. Defense counsel Jeffrey Held has reviewed and approved the proposed form of judgment in which it is ordered that the Plaintiff MAX VILLANUEVA VASQUEZ, recover from the defendant, CODY MADISON, the amount of ($1.00).

The court will determine the propriety and amount of attorney's fees in this action pursuant to the order Re: Judgment and Attorney's Fees issued July 6, 2010, and the clerk will determine the propriety and amount of costs pursuant to FRCP Rule 54 and Local Civil Rule 54 et. Seq.

DATED: 7/13/2010

_____
BRIAN A. VOGEL
Attorney for Plaintiff