BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Phone: (805) 654-0400
FAX: (805) 654-0326
EMAIL: brian@bvogel.com

Attorneys for Plaintiff
MAX VILLANUEVA VASQUEZ

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual | CASE NO. CV 09-02590 DSF (MANx) |
| Plaintiff, | JUDGMENT IN A CIVIL ACTION |
| -vs- | |
| THE SANTA PAULA POLICE DEPARTMENT, THE CITY OF SANTA PAULA, CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER MADISON, OFFICER SMITH and DOES 1-10, inclusive. | |
| Defendants. | |

### JUDGMENT IN A CIVIL ACTION

This action was tried by a jury with the Honorable Dale S. Fischer, presiding. The jury unanimously answered the questions put to it as follows:

1

1. Did defendant Carlos Mitre violate the constitutional rights of the plaintiff? No.

2. Did defendant Cody Madison violate the constitutional rights of the plaintiff? Yes.

3. What is the amount of damages? Nominal (One Dollar).

Therefore it is ordered that the plaintiff, MAX VILLANUEVA VASQUEZ, recover from the defendant, CODY MADISON, the amount of One Dollar ($1.00).

The court will determine the propriety and amount of attorney's fees in this action pursuant to the order Re: Judgment and Attorney's Fees issued July 6, 2010, and the clerk will determine the propriety and amount of costs pursuant to FRCP Rule 54 and Local Civil Rule 54 et. seq.

Dated: _____.

_____
HON. DALE S. FISCHER
United States District Judge