1  BRIAN A. VOGEL, SBN 167493
2  THE LAW OFFICES OF BRIAN A. VOGEL, PC
   770 County Square Dr., Ste. 104
3  Ventura, CA 93003
4  Telephone: (805) 654-0400
   Facsimile: (805) 654-0326
5  E-Mail: brian@bvogel.com
6
   Attorney for Plaintiff
7  MAX VILLANUEVA VASQUEZ

8

9
                    UNITED STATES DISTRICT COURT
10
                    CENTRAL DISTRICT OF CALIFORNIA
11

12

| 13 | MAX VILLANUEVA VASQUEZ, an individual | ) | CASE NO. CV09-02590 (DSF-MAN) |
| 14 | Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEY'S FEES. |
| 15 | -vs- | ) | |
| 17 | THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON, OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive. | ) | |
| 21 | Defendants. | ) | |

23  IT IS HEREBY STIPULATED by and between the parties, plaintiff MAX VASQUEZ and

24  defendants THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT,

25  POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY

26  MADISON, OFFICER RYAN SMITH through their respective counsel of record that:

28
                                    1

1. In accordance with the court's order Re Judgment and Attorney's Fees, Plaintiff's counsel has compiled the billing records on which the attorney's fees motion shall be based and is in the process of specifying the hours for which compensation shall be sought. Plaintiff's counsel is also in the process of redacting the records before turning them over to defense counsel to prevent disclosure of material protected by the attorney-client privilege or work product doctrine.

2. At this time, defense counsel does not anticipate filing any post-trial motions relating to the merits of the case such as a motion for judgment as a matter of law.

3. Additional time to compile and review the voluminous records would be helpful for both sides to facilitate potential settlement of the issue during the meet and confer process.

4. The parties therefore agree to the following briefing schedule:

a. The plaintiff shall file his petition for attorney's fees on or before August 13, 2010.

b. The defendants shall file their response on or before August 27, 2010.

c. The plaintiff shall file any reply on or before September 6, 2010.

d. The hearing on the motion shall be held on October 4, 2010 at 3 p.m.

**IT IS SO STIPULATED.**

DATED: July 12, 2010        THE LAW OFFICES OF BRIAN A. VOGEL, PC

                            By: _____
                                Brian A. Vogel
                                Attorney for Plaintiff


DATED: July 13, 2010        THE LAW OFFICES OF ALAN E. WISOTSKY

                            By: _____
                                Jeffrey Held
                                Attorney for Defendants

2