BRIAN A. VOGEL, SBN 167493
THE LAW OFFICES OF BRIAN A. VOGEL, PC
770 County Square Dr., Ste. 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326
E-Mail: brian@bvogel.com

Attorney for Plaintiff
MAX VILLANUEVA VASQUEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ, an individual<br><br>Plaintiff,<br><br>-vs-<br><br>THE CITY OF SANTA PAULA, THE SANTA PAULA POLICE DEPARTMENT, POLICE CHIEF STEVE MACKINNON, OFFICER CARLOS MITRE, OFFICER CODY MADISON OFFICER RYAN SMITH in both their individual and official capacities, and DOES 1-10, inclusive.<br><br>Defendants. | CASE NO. CV09-02590 (DSF-MAN)<br><br>**[PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR PLAINTIFF'S MOTION FOR ATTORNEY'S FEES.** |

The court hereby orders the parties to comply with the following briefing schedule for Plaintiff's Motion for Attorney's fees:

    1.    The plaintiff shall file his petition for attorney's fees on or before August 13, 2010.

1

2. The defendants shall file their response on or before August 27, 2010.

3. The plaintiff shall file any reply on or before September 6, 2010.

4. The hearing on the motion shall be held on October 4, 2010 at 3 p.m.

IT IS SO ORDERED

Dated: _____

_____
HON. DALE S. FISCHER
United States District Judge