# EXHIBIT A

# BRIAN A. VOGEL

The Law Offices of Brian A. Vogel
770 County Square Dr., Ste. 104
Ventura, CA 93003
(805) 654-0400
Fax: (805) 654-0326
email: info@bvogel.com

Certified as a Specialist in Criminal Law
  by State Bar of California Board of Legal Specialization

Certified as a Specialist in Criminal Trial Advocacy by the
  National Board of Trial Advocacy

- Education

    Loyola Law School, Los Angeles, California J.D. 1993

    Wesleyan University, Middletown, Connecticut, B.A. in Government 1990.

    Mansfield College, Oxford University, Oxford England -visiting student 1989.

- Professional Awards

    2002 Ventura County Criminal Defense Bar Association Richard Erwin Award recipient, (The equivalent of "Trial Lawyer of the Year")

    1998 Ventura County Criminal Defense Bar Association Crime Lab Crusader Award.

- Memberships

   * Board Member, Ventura County Criminal Defense Bar Association
   * California Public Defender's Association (CPDA)
   * California Attorneys for Criminal Justice (CACJ)
   * National Association of Criminal Defense Lawyers (NACDL)
   * American Civil Liberties Union (ACLU)
   * National Police Accountability Project (NPAP