**EXHIBIT C**

## VASQUEZ v. CITY OF SANTA PAULA, et al.

### EXPENSES

Summary

Law Offices of Brian A. Vogel, PC

Litigation Costs:

| | |
|---|---:|
| Investigator (Anthony Paradis) | $5,000.00 |
| Expedited Trial Transcripts (for fees motion) | 1,169.28 |

Trial Costs:

| | |
|---|---:|
| Parking fees | 16.00 |
| Food (trial days) | 608.42 |
| Lodging (trial days) | 897.92 |
| Mileage ($0.50/mile) | 66.05 |
| TOTAL: | $ 7,757.67 |