# EXHIBIT D

**Santa Paula Police**

# Memo

**To:**  Chief MacKinnon

**From:**  Lt. Michael Saviers

**Date:**  April 16, 2007

**Re:**  Use of Force – SF0701319

Chief MacKinnon, I have reviewed the Use of Force report submitted by Sr. Ofc. Madison concerning his deploying of a Electronic Control Device; Taser. It appears that Sr. Ofc. Madison was within the policy of the Santa Paula Police Department's General Order #8-8 when he deployed his department issued Taser towards an actively resisting male subject being detained for a domestic violence investigation.

Sr. Ofc. Madison heard Ofc. Mitre giving verbal commands to a male subject being investigated for a domestic dispute who appeared to be attempting to flee. Sr. Ofc. Madison then observed Ofc. Mitre in a physical altercation with the male subject, 6'2", 156 lbs., who was attempting to break free of Ofc. Mitre. Ofc. Mitre was trying to control the subject by grabbing him by his wrists and clothing and the subject was resisting the verbal and physical control holds of Ofc. Mitre.

Sr. Ofc. Madison deployed a 5 sec. activation of his Taser and the subject fell to the ground however continued to resist his detention by not presenting his hands for handcuffing. Sr. Ofc. Madison then activated his Taser a second time for a 5 second period. The male subject complied with the officer's orders and was handcuffed.

The male individual suffered a laceration over his right eye(from the initial Taser activation when he fell), abrasions and bruising to his neck and lacerations on his elbows from the altercation with officers. No officers were injured. At the scene the male subject apologized for his actions.

Respectfully,

*[signature]*

1

1016