# EXHIBIT F

# TRANSCRIPT OF TAPE RECORDING OF VASQUEZ INCIDENT

Key: (To the extent possible)
V = Vasquez
SPPD = Santa Paula Police Officer
EMS = Fire or Ambulance Personnel

Muffled voices in background

V: Ahh!! Ahh!!

SPPD-Madison: [Unable to distinguish]. . .on your stomach right now! On your stomach!

V: [Unable to distinguish] . . .shit

SPPD-Madison: Stop resisting! Units expedite response.

V: Ah dude. What the fuck man!

SPPD-Madison: Asked for your cooperation. You didn't want to cooperate. Get your other hand back there before you get it again.

V: All right, all right.

[Radio broadcasting] – (Smith) Station 4, King 15, 10-97
              (Dispatch) 4 King 15, 10-97

SPPD-Madison: Station 4, 412, Code 4 one in custody

V: Oh, fuck man

SPPD-Madison: Stay back over there or you're going to jail, too. I don't care go back to the sidewalk. Both of you go back to the sidewalk right now.

V: Fuck, dude. . .what the fuck, dude, I wasn't trying to do anything. I was trying to go into the house. . .

SPPD-Madison: No, you were not listening to us were you? No you weren't. Ok And that is why you are under arrest and that is why you got tased. Okay?

V: O h, fuck, man. I wasn't going to fight you, you grabbed me.

(

SPPD-Madison: The hell you weren't.

V: Oh fuck, come on!! This is bullshit, dude. Come on!

Janet Vasquez: [woman's voice] [Unable to distinguish] right now, Max. . .

SPPD-Smith: Shut your mouth, right now.

[woman's voice] Max [unable to distinguish] keep your mouth shut!

SPPD-Smith: I don't want to hear it.

V: Fuckin' bullshit . . .

[woman's voice] Max!!

SPPD-Smith: Shut up! Nobody wants to hear your mouth.

[woman's voice] Maxxie, listen to me . . .

[radio noise]

V: Jesus Christ, ah fuck dude these are too tight.

[woman's voice] Max, lay still.

V: I am!

[radio noise]

V: Ahh, fuck!! [unable to understand] he grabbed me . . .

SPPD-Madison: Yeah, you walked by when the officer told you to sit down, didn't ya?

SPPD-Smith: [Inaudible]

V: Aww . . .

SPPD-Madison: Yeah, you forgot about that part . . .No, this is your mom's house, this isn't even your house remember?

[woman's voice] Maxi . . .

[sounds like knocking on a door]

2

[radio broadcasting]
V: These handcuffs are too fucking tight.

SPPD-Madison: Well you are gonna have to wait, okay.

V: Wait for what?

SPPD-Madison: You're gonna wait, okay. First I'm gonna have the fire department come over here and check you out, okay? If they say everything is okay, then we'll think about loosening the cuffs, okay. They're not comin' off, they are going to be loosened.

V: Yeah, all right.

[long pause]

SPPD-Madison: Okay. The woman out by the white fence, she's the one I initially contacted who was crying.

Conversation in the background.

V: Fuck!! What?? Fuck, I didn't do fuckin' shit and you grab me by the fucking neck.

SPPD: You're not complying.

V: I wasn't complying?

SPPD: Do you wanna get lit up again? I'll light you up again. No qualms.

V: What, what!

[woman's voice] Max, lay over. Lay on your tummie honey, now.

SPPD-Smith: Just keep your mouth shut and don't freak out.

V: Yeah, fun. Havin' fun, Goddamn it, fun. What am I gonna do?

[woman's voice] Lay still. Quiet.

V: Fuckin' no brainer, gonna go to jail, shit!!

SPPD-Smith: Dude, shut your mouth or I will shut it for you, do you understand me? Shut up! I don't wanna hear your mouth. Okay. If you continue to speak you're gonna be taken for resistance because you are being aggressive

3

towards officers. Force will be used against you. If you don't care about that, keep rambling your mouth. Other than that, shut up. I'm going to tell you right now. Don't move [unable to distinguish]

[woman's voice] Lay perfectly still, Max. Lay still.

[Unable to distinguish]

[woman's voice] Stay down, okay.

[Can hear sirens approach]

SPPD-Madison: Okay, does he still got car keys on him? [Unable to distinguish] he's got a laceration on his brow and probably somewhere else [unable to distinguish], okay.

V: I'm okay.

SPPD-Madison: You gonna relax? You be compliant? Let you know, I've got more cartridges in this thing, okay. So as long as you are relaxed and complaint and help by being cooperative with the fire department, okay, its not going to get used again. Do you understand that?

V: Yes

EMS: [Unable to distinguish] I'm with the fire department where are you hurtin' at?

V: Right here

[loud radio noise]

[new male voice] Do you have any knives or anything like that on you?

V: No, sir.

What?

[radio broadcast]

SPPD-Madison: [unable to distinguish] he's got blood on his hands. [unable to distinguish]. I'm just gonna looosen the cuffs. I told him [unable to understand]. They're not coming off.

[radio broadcast]

4

SPPD-Madison: Hang on for just a second, okay. We're gonna get you some more gloves. You've got blood on ya and I don't wanna touch you, okay.

V: Thanks, mom.

[woman's voice] Do you want me to take 'em off?

SPPD-Madison: The cuffs aren't coming off. They're being loosened but they're not coming off. He's going to county jail. I'll tell you right now.

Multiple voices talking over each other.

[woman's voice] Can you take her too please?

SPPD-Madison: We'll work through that in a second. I was trying to. He didn't want to comply with the other officer. That's when we gotta deal with it, okay. We'll see what's goin on with her - I haven't even had a chance to talk to anybody. When I pulled up, he decides to run from the car. Come over here. He starts banging on the door. He's bleeding from his hands. He's not being cooperative with me. I'm asking him questions .

EMS: Get that light over here . . .

SPPD-Madison: I asked the other officer to watch him. He decides to stand up. The officer tells him to sit down. He doesn't. He resists. That's when he gets tased.

EMS: How old are you?

V: 24

[Unable to distinguish]

SPPD-Madison: He's still got the darts in him by the way guys [unable to distinguish].

Max is 24

[Unable to distinguish] eyebrow here [unable to distinguish]

EMS: How you doin', Max?

V: I'm doin' better.

EMS: Okay. Have any pain anywhere besides your head, elbow?

5

V: Well, no. My wrists.

EMS: Okay. We're workin' on that right now.

[multiple voices talking]

SPPD-Madison: Uh hum.

V: Oh, God damn it!

SPPD-Madison: Yeah.

Okay, so it probably would be the easiest

[multiple voices talking]

V: Ahhh . . .

SPPD-Madison: Okay, so I'm tryin' . . .

[multiple voices talking]

SPPD-Madison: Tryin' to get the keys out. Hang on

V: Awww!!! I'm not trying to fucking resist or nothing.

SPPD-Madison: I understand that. Um, darts are over here.

EMS: Max, Max, right?

V: Yeah.

EMS: Any neck or back pain or anything?

V: My neck's hurtin' a little bit.

EMS: Where does your neck hurt?

V: On the left side. I got choked by somebody.

EMS: Okay, is it the front part of your neck or the back part of your neck?

V: On the side.

EMS: Okay, but as far as your spine and everything it feels all right?

6

V: Not really.

SPPD-Madison: Who was I talking to about the darts?

EMS: Mr. Pew. He just went that way. He should be right back. He'll be right back.

SPPD-Madison: Is that your partner?

EMS: Yeah.

**SPPD: Oh, okay.**

EMS: Are you lookin' to AMA him and release him or is he going to hospital?

SPPD: No, he's going to jail.

EMS: Okay.

[Unable to distinguish]

Female clears throat.

[multiple voices talking]

Unknown Subject: Well, excuse me, maam . . .

[female voice] Yeah, he said that was perfectly fine.

[multiple voices talking]

**SPPD-Madison:** They're doing the vitals. Once they're done with that . . .

[multiple voices talking]

What's your address?

V: Tehachapi.

SPPD-Madison: My taser has disconnected, guys.

V: Ohh. . .

Unknown Subject: I think the darts, darts. . .

Unknown Subject: Have him sit up.

7

V: Oh, fuck.

Unknown Subject: We can, we can . . .

Unknown Subject: Have him stand up

Unknown Subject: Whichever . . .

[multiple voices talking]

V: Ohh, dude, oh, fuck!!

SPPD-Madison: I know, I gotta yank it out.

V: Oww!!

SPPD-Madison: You guys have a little blood back here.

[Unable to distinguish]

Multiple voices and conversations.

EMS: Not hurtin any place else?

V: Yeah, let's just ah . . .

Those barbs inside kinda bleeding

Abrasion above the right eye.

Multiple voices and conversations.

Do we have his vitals and history?

Are you on any medication?

Max how old are you?

Yeah, . . .

SPPD: Yeah, I went in the house. She's hysterical. She's got a little bit of a . . a little redness. She doesn't want to go. . . Yeah, whoever wants to do it. You guys need flashlights. You need smaller flashlights. I got my little mini flashlights.

[Multiple conversations. Laughter]

8

Thank you.

Hum hum.

Very good.

SPPD-Madison: Patch you up on the sides and stuff. From the barbs.

You guys, ah. . .

Okay. I'll make sure you get dressed up. That one's a band aid.

Well, two band aids.

And his eye, too.

[Unable to distinguish]

Well, its just a little cut above his eye right here. [Unable to distinguish]

SPPD-Mitre: Okay, you're good to go. You good to go?

SPPD-Madison: Ah, they gotta patch it up. Clean it up real quick.

SPPD-Mitre: Dude, you gotta listen to what we tell you.

V: I wasn't trying to fight you, dude. I'm sorry, man. I didn't mean to do this. I didn't try to fuck with you guys. I'm sorry.

SPPD-Madison: You just gotta talk to us.

SPPD-Mitre: I know you're all heated up but you just gotta relax, bro.

V: Okay, that's cool.

SPPD-Madison: You know, we show up and you got blood on you. I don't know if there's a dead body in there or what's going on. I don't . . .
10

V: Yeah

SPPD-Madison: We really don't. You know, for all I could have known that could have been like your sister and your wife could have been inside and you could have hacked her to pieces.

9

V: I know, I know . . .

SPPD-Madison: And we're, we're just trying to take you into custody for the least amount of resistence that would hurt you and hurt us. Okay. And when you start wrestling with people, you're gonna get hurt and we're gonna get hurt and I don't want either one.

V: I didn't mean to fuck with you guys, I just . . .

SPPD-Madison: No, I understand that, I understand that

[multiple conversations going on in background]

SPPD-Madison: Ah, not to but into your conversation but does Robert Rebar have a girl friend named Lisa?

EMS: Who's an LAPD detective?

SPPD-Madison: Yeah . . .

EMS: Yes

SPPD-Madison: She's a detective?

EMS: Or a sergeant or a commanding officer or something . .

SPPD-Madison: Her dad is . . .

EMS: Her dad is?

SPPD-Madison: Yeah . . .

EMS: Oh, okay, his fiance is LAPD

SPPD-Madison: Lisa, yeah . . .

EMS: I thought she was a detective

SPPD-Madison: Last I heard she was just out of the academy but that was quite a while ago. I know her dad is a lieutenant or captain or . . .

EMS: I know she has rank that is for sure.
[Unable to distinguish]

Long pause - sounds like a motor is running.

[Radio noise]

Multiple people talking in the background.

SPPD-Madison: Okay. What's her story?

SPPD-Smith: The mom's?

SPPD-Madison: Yeah

SPPD-Smith: She just said that, you know, [unable to distinguish] [loud engine]

SPPD-Madison: Okay.

SPPD-Smith: [Unable to distinguish] I got her statement.

SPPD-Madison: Okay. So we need photos on her probably?

SPPD-Smith: Yeah.

SPPD-Madison: Okay.

SPPD-Smith: [Unable to distinguish] so when we get to the station, I'll take really good digitals [Unable to distinguish]. .

.what's that?

SPPD-Madison: Somethin' to show the kids when I get home.

2nd MALE VOICE: What. . .

SPPD-Madison: Look what daddy did. Hey, I beat the . . .Hey, don't talk back . Oh no, when Mitre spun him into the garage, Mitre just grabbed onto his arm and spun him or, actually yeah, spun him into the garage and he's still face up. That's why he got a good side shot and I say Taser or anything [sound effect]

[Unable to distinguish]

Coughs.

SPPD-Smith: I went to the ground. I just went Code 7.  When this fuckin' call came in I just went [Unable to distinguish]. Okay, well Cody doesn't have to take paper.

SPPD-Madison: Well, that's what I'm thinkin', Okay, I gotta take my time 'cause Mitre [Unable to distinguish] get pissed.

11

SPPD-Smith: Yeah, I was fuckin', I was fuckin', he's like I'm gonna bite this guy, I'm gonna bite this guy. Then Code 4 and I'm like, you fuckin' dumb asses.

[Unable to distinguish]

SPPD-Madison: Station 4, 412, [unable to distinguish] is gonna be 273.5..

Ohhh

[Unable to Distinguish]

SPPD-Madison: Oh yeah, that's what I was going to give to you. Sorry, I didn't say taser. I know . . .[makes a loud Boom noise] I was like oh, fuck, I gotta, I'm like well, what, he's resisting, fuckin' tase him. I got a perfect shot [BEERM]. Oh, I didn't say taser.

[Unable to distinguish] Fuck, there was like, Oh, there was fuck, ooooh boom and he goes fuckin' head first into the fuckin' car door. I'm like, dude.

SPPD-Madison: Do you think that cracked his head.

SPPD-Mitre: Oh yeah, that's when he hit his head. Ah, what happened was he starts to walk away and I grab his hands and . . .

SPPD-Madison: Oh yeah, no, I turned around and I - I . . .

SPPD-Mitre: Boom

SPPD-Madison: I see you spinning him

SPPD-Mitre: Yeah, and then he turns around and I grab him and when I pulled him back, that's when you hit him. So that was good. [Unable to distinguish] 'cause I was

Unknown Subject: All right I'm gonna take some pictures

SPPD-Mitre: I took her statement, I'm gonna read him his rights up there and take his statement and then apparently there is another person that saw when he kicked the door and [unable to distinguish] so I'm gonna go take his statement later on.

SPPD-Madison: Okay, did he vandalize this car?

SPPD-Mitre: No, no, he kicked, uh, at the house on Richmond . . .

SPPD-Madison: Okay . . .

SPPD-Mitre: . . .is where she went to talk to him and he ends up slamming her up against the wall at the rear of the house. . .

SPPD-Madison: Okay

SPPD-Mitre: He tells her to get the fuck out and she starts walking out and as she's walking out he kicks the fence and it hits her in the elbow, on the right elbow

SPPD-Madison: 'Cause he says he hit a car and that's why he is all bloodied up or he hit the car because when initially I didn't see it but after I, when I asked him to sit down, he's all bloodied up. Oh, fuck.

SPPD-Mitre:. Well, I'll ask him. I'll read him his Miranda rights.

SPPD-Madison: Okay, I'll take some photos.

SPPD-Mitre: Well, I'm gonna transport him now and if you wanna. . . [Unable to distinguish]

SPPD-Madison: Are you taking him to the hospital or the PD right now?

SPPD-Mitre: Yeah, 'cause he's got a cut on his eye, they won't take him.

2nd MALE VOICE: Okay, that's fine. Okay, uhm,

SPPD-Smith: So he's going to the hospital.

Madison: Yeah

SPPD-Madison: Okay. So you're gonna get pictures. Do you want another officer up there or . . .

SPPD-Mitre: No, he's fine now.

SPPD-Madison: Okay.

SPPD-Madison: I just wanna get a picture of her . . .

SPPD-Smith: [unable to distinguish] . . . like you couldn't hurt him. It's not fuckin' funny. There's another gash on your forehead.

SPPD-Mitre: [Laughs] A picture of her face and elbows [unable to distinguish]

SPPD-Smith: Are you done recording?