1   Amitai Schwartz (State Bar No. 55187)
    Law Offices of Amitai Schwartz
2   Watergate Towers
    2000 Powell Street, Suite 1286
3   Emeryville, CA 94608
    Telephone:  (510) 597-1775
4   Facsimile:   (510) 597-0957
    Email: attorneys@schwartzlaw.com

5

6   Brian A. Vogel (State Bar No. 167493)
    The Law Offices of Brian A. Vogel, Pc
    770 County Square Dr., Ste. 104
7   Ventura, CA 93003
    Telephone: (805) 654-0400
8   Facsimile: (805) 654-0326
    E-Mail: brian@bvogel.com

9

10

11  Attorneys for Plaintiff

12                 IN THE UNITED STATES DISTRICT COURT

13                CENTRAL DISTRICT OF CALIFORNIA

14

15  MAX VILLANUEVA VASQUEZ,        )   Case No. CV09-2590 DSF (MAN)
                                    )
16          Plaintiff,             )
                                    )   DECLARATION OF AMITAI
17      vs.                        )   SCHWARTZ IN SUPPORT OF
                                    )   PLAINTIFF'S MOTION FOR
18  THE CITY OF SANTA PAULA, et    )   ATTORNEYS' FEES AND
    al.,                           )   EXPENSES
19                                  )
            Defendants.            )   Date:      November 1, 2010
20                                  )   Time:      1:30 p.m.
                                    )   Place:     Courtroom 840
21                                  )              Roybal Building
                                    )
22  _____ )   Hon. Dale S. Fischer

23

24  I, Amitai Schwartz, declare as follows:

25          1.      I am an attorney at law and a member of the State Bar of California.  I

26  am a member of the bar of the United States District Courts for the Northern,

27  Eastern and Central Districts of California, the United States Court of Appeals for

28  the Ninth Circuit, and the Supreme Court of the United States.  I make this

Declaration of Amitai Schwartz in Support of
Plaintiff's Motion for Attorneys' Fees and Expenses
Case No. CV 09-2509 DSF (MAN)

1  declaration in support of the accompanying motion for attorneys' fees and

2  expenses in the above-captioned matter.

3      2.    I graduated with a J.D. degree from the University of California,

4  Berkeley (Boalt Hall) in 1972.  From July of 1985 to the present I have maintained

5  a private law practice in the San Francisco Bay Area.  My office is presently

6  located in Emeryville, California.  My practice focuses on civil litigation and civil

7  and criminal appellate work with an emphasis on civil rights and other public law

8  matters.  I have served as lead counsel in numerous civil rights and public interest

9  cases in the state and federal courts.

10      3.    I am rated "av" by Martindale-Hubbell and have been designated by

11  that company as a preeminent lawyer.  Attached hereto and incorporated herein as

12  Exhibit A is a copy of my resume.

13      4.    One of my specialties is litigation involving attorneys' fees awards.  I

14  have represented other attorneys in seeking fee awards and my office has litigated

15  many attorneys' fees claims of my own.  See, e.g., A.D. v. California Highway

16  Patrol, No. C 07-5483 SI, 2009 WL 3817478 (N.D. Cal. Nov. 10, 2009); Kubbany

17  v. Trans Union, LLC, No. CV 08 0320 CW (N.D. Cal. Apr. 3, 2009); Flannery v.

18  California Highway Patrol, 61 Cal.App.4th 629 (1998); Friend v. Kolodzieczak, 72

19  F.3d 1386 (9th Cir. 1995), cert. denied, 516 U.S. 1146 (1996); Estate of Conners v.

20  O'Connor, 6 F.3d 656 (9th Cir. 1993).

21      5.    I am seeking compensation at an hourly rate of $650.00 per hour.  I

22  believe that this rate is at or below market rates for attorneys of comparable skill

23  and experience.  In 2010, I sought and was awarded $675.00 per hour in Alarid v.

24  Mailloux, et al., Case No. CV08-7819 CAS (Ex) (C.D. Cal. Aug. 2, 2010).  In

25  2009, I sought and was awarded $600.00 per hour in the United States District

26  Court, Northern District of California, in A.D. v. California Highway Patrol, No. C

27  07-5483 SI, 2009 WL 3817478 (N.D. Cal. Nov. 10, 2009), and Kubbany v. Trans

28  Union, LLC, No. CV 08 0320 CW (N.D. Cal. Apr. 3, 2009).  I was awarded

Declaration of Amitai Schwartz in Support of
Plaintiff's Motion for Attorneys' Fees and Expenses
Case No. CV 09-2509 DSF (MAN)                    2

1   attorney's fees in 2007 at an hourly rate of $500 per hour in <u>Franklin v. State of</u>
2   <u>California</u>, United States District Court, Central District of California, No. EDCV
3   00-00359-VAP (SGLx), <u>aff'd</u> <u>on</u> <u>other</u> <u>grounds,</u> No. 07-55824, 2009 WL 1284053
4   (9th Cir. May 11, 2009).  I believe that rates I previously sought were below
5   market rates for attorneys with my experience in the Central District of California.

6          6.     Moira Duvernay is an associate in my office.  She graduated from the
7   University of California Hastings College of the Law in 2004.  From 2004 to 2008,
8   she worked as a staff attorney for the legal non-profit organization, Center for
9   Justice & Accountability, in San Francisco, bringing public interest civil lawsuits
10  in United States federal courts for violations of international human rights law.
11  She was awarded Attorney of the Year for civil rights by California Lawyer
12  Magazine in March 2007.  Her practice in my office focuses on complex civil
13  litigation and appellate work.  In November 2009, she sought and was awarded
14  attorneys' fees at an hourly rate of $300 in <u>A.D. v. California Highway Patrol</u>, No.
15  C 07-5483 SI, 2009 WL 3817478 (N.D. Cal. Nov. 10, 2009).  In April 2009, she
16  sought and was awarded attorneys' fees at an hourly rate of $250 in <u>Kubbany v.</u>
17  <u>Trans Union, LLC</u>, No. CV 08 0320 CW (N.D. Cal. Apr. 3, 2009).  Attached
18  hereto and incorporated herein as Exhibit B is a copy of her resume.

19         7.     I am seeking compensation at an hourly rate of $300.00 per hour for
20  Ms. Duvernay's services in this case.  I believe that this rate is below market rates
21  for attorneys of comparable skill and experience.

22         8.     To bring this motion, I had to analyze the factual and procedural
23  background of the case and review applicable legal authorities to cogently present
24  plaintiff's entitlement to reasonable fees and expenses.  I had to review all time
25  records and cost receipts to ensure the time and expenses claimed by plaintiff's
26  attorney includes only what is compensable under the law.  I worked closely with
27  Brian Vogel to draft his declaration.  With the assistance of my associate, Moira
28  Duvernay, we contacted Carol Sobel and obtained the declaration from her in

Declaration of Amitai Schwartz in Support of
Plaintiff's Motion for Attorneys' Fees and Expenses
Case No. CV 09-2509 DSF (MAN)                    3

1  support of the fees motion, and gathered other relevant evidence of current hourly

2  rates in the Central District of California.  I also had to  meet and confer with

3  defense counsel regarding possible settlement of the fees claim.  Based on my legal

4  research and review of the case materials, I drafted the moving papers.

5      9.      I have met and conferred with counsel for the defendant, Jeffrey Held,

6  regarding the plaintiff's demand for attorneys' fees and expenses by telephone on

7  August 17, 2010.   I also communicated with him via email on several occasions.

8  However, the parties have not been able to reach an agreement.

9      10.     As of September 8, 2010, I have spent 43.7 hours on this motion for

10  attorneys' fees and expenses.  My associate Moira Duvernay has spent 9 hours on

11  this matter.  She also spent 5.1 hours performing paralegal work which is charged

12  at a paralegal rate of $100 per hour.  Attached hereto and marked as Exhibit C is an

13  itemization of the time spent on this motion for attorneys' fees and expenses.  This

14  itemization is based on contemporaneous time records and is a true and accurate

15  report of hours Moira Duvernay and I have worked on the case.  The itemization

16  does not include all of the time I have expended on this case.

17      11.     I expect to supplement these time summaries with time spent in

18  preparing the Reply Memorandum and appearing at the hearing on this motion.

19      12.     Attached as Exhibit D is a true and correct copy of Patricia Lee Refo's

20  article, "The Vanishing Trial," from the Journal of the Section of Litigation of the

21  American Bar Association, Vol 30, No. 2, Winter 2004, available at

22  http://www.abanet.org/litigation/journal/opening_statements/04winter_openingstat

23  ement.pdf.

24  //

25  //

26  //

27  //

28  //

Declaration of Amitai Schwartz in Support of
Plaintiff's Motion for Attorneys' Fees and Expenses
Case No. CV 09-2509 DSF (MAN)                    4

1      13.    Attached as Exhibit E is a true and correct copy of the docket sheet in

2  this case.

3      I declare under penalty of perjury that the foregoing is true and correct.

4  Executed at Emeryville, California this 8th day of September, 2010.

5

6          /s/ Amitai Schwartz
        Amitai Schwartz

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Declaration of Amitai Schwartz in Support of
Plaintiff's Motion for Attorneys' Fees and Expenses
Case No. CV 09-2509 DSF (MAN)        5