# EXHIBIT A

# AMITAI SCHWARTZ

Law Offices of Amitai Schwartz
2000 Powell Street, Ste. 1286
Emeryville, California  94608
(510) 597-1775
Fax: (510) 597-0957
E-mail: amitai@schwartzlaw.com
www.schwartzlaw.com

Member of the Bar of the Supreme Court of the United States; Member of the Bar of the United States Court of Appeals for the Ninth Circuit and United States District Courts for the Central, Eastern and Northern Districts of California; Member of the State Bar of California since 1973.

Rated "a-v" by Martindale-Hubbell, Inc.

Positions:     Law Offices of Amitai Schwartz, July 1985 through present

Visiting Lecturer, Appellate Advocacy, School of Law (Boalt Hall), University of California, Berkeley, California, Fall Semester, 1985

Staff Counsel, American Civil Liberties Union of Northern California, July 1977 through July 1985

Legal Director, Northern California Police Practices Project, San Francisco, California, a project of the American Civil Liberties Union of Northern California, Mexican American Legal Defense and Education Fund, and NAACP Legal Defense Fund, November 1973 through July 1977

Education:     J.D., 1972, Boalt Hall, University of California, Berkeley, California

B.A. Cum Laude, 1969, Brandeis University, Waltham, Massachusetts

1

Amitai Schwartz

Bar Activities:

United States Court of Appeals for the Ninth Circuit, Member, Task Force on Self-Represented Litigants, 2003-2005

United States District Court, Northern District of California, Member, Advisory Committee to Draft Attorney Disciplinary Rules, 1998 - 1999

United States District Court, Northern District of California, Member, Advisory Committee for the Non-Appropriated Fund, 1997

United States District Court, Northern District of California, Member, Civil Local Rules Advisory Committee, 1994 - 1996

United States District Court, Northern District of California, Civil Justice Reform Act Advisory Committee, 1991 - 1997

United States District Court, Northern District of California, Section 1983 Prisoner Pro Bono, Committee, Chair 1987 - Present

Ninth Circuit Judicial Conference, Lawyer Delegate, 1989-1991

State Bar of California, Member, Federal Courts Committee, 1996

Bar Association of San Francisco, Director, 1986-1987

Bar Association of San Francisco, Amicus Curiae Committee, Co-Chair, 1987 - 2009

Bar Association of San Francisco, Judiciary Committee, Member, 1988 - 1990

San Francisco Barristers Club, Director, 1978

Amitai Schwartz

Alternative Dispute Resolution Activities:

    United States District Court, Northern District of California, Evaluator, Early Neutral Evaluation Program, 1988 - present

    United States District Court, Northern District of California, Mediator, Mediation Program, 1990 - present

    California Court of Appeal, First Appellate District Mediator, Mediation Program, 2000 - present

    Private Mediator, 2000 - present

Memberships:

    Fellow, American Academy of Appellate Lawyers

    Member, California Academy of Appellate Lawyers

    Bar Association of San Francisco

Awards and Honors:

    America's Best Lawyers, 2006, 2007, 2008, 2009

    Northern California Super Lawyer, Appellate Practice, 2005, 2006, 2007, 2008, 2009, 2010

    California Lawyer Magazine, Angel Award, 2006

    United States District Court, Northern District of California, Outstanding Pro Bono Services, April, 1995

    American Bar Association, 1991 Pro Bono Publico Award, August, 1991

Amitai Schwartz

Bar Association of San Francisco, Awards of Merit, December, 1978, December, 1997, December 2007

American Association for the Treatment of Opioid Dependence, Marie Award, April 2003

California Advocates for Nursing Home Reform, Advocate of the Year, May 2003

Miscellaneous Activities:

Lecturer, California Continuing Education of the Bar, Litigating Section 1983 Claims: Civil Rights and Official Misconduct Cases in Federal and State Court (1996, 1995, 1992, 1989)

Lecturer, Georgetown University Law Center, Continuing Legal Education Program, § 1983 litigation (May, 1991, April, 1984)

Faculty Lecturer, Practicing Law Institute, Section 1983 Civil Rights Litigation, San Francisco, California (September 1989, October 1988, November, 1987, October 1986, November 1985)

Practitioner Assistant, Appellate Advocacy, School of Law (Boalt Hall), University of California, Berkeley, California (Fall Semesters, 1989, 1988, 1987, 1986, 1985)

Faculty Lecturer, Federal Civil Rights Litigation Programs, Practicing Law Institute, San Francisco, California (January, 1982), (March, 1977), New Orleans, Louisiana (May, 1979)

Consultant, Police Practices, United States Commission on Civil Rights (December, 1978)

Amitai Schwartz

Publications and Articles:

Co-Author, LITIGATING SECTION 1983 CLAIMS: CIVIL RIGHTS AND OFFICIAL MISCONDUCT CASES IN STATE AND FEDERAL COURT (Program Handbook, California Continuing Education of the Bar, 1996, 1995, 1992, 1989)

Author, State and Federal Relations Under § 1983, SECTION 1983 CIVIL RIGHTS LITIGATION AND ATTORNEYS' FEES 1989 (P.L.I. 1989)

Author, State and Federal Relations Under § 1983, SECTION 1983 CIVIL RIGHTS LITIGATION AND ATTORNEYS' FEES 1988 (P.L.I. 1988)

Author, State and Federal Relations Under § 1983, SECTION 1983 CIVIL RIGHTS LITIGATION AND ATTORNEYS' FEES 1987 (P.L.I. 1987)

Author, Municipal Liability, San Francisco Barrister Law Journal (Winter, 1986)

Author, Reaching Systemic Police Abuses: The Need For Civilian Investigation of Misconduct, in W. GELLER (Ed.), POLICE LEADERSHIP IN AMERICA: CRISIS AND OPPORTUNITY (American Bar Foundation, July, 1985)

Author, Remedies For Police Abuses, in ROSEN, STRICKLER, TEITELBAUM, FEDERAL CIVIL RIGHTS LITIGATION (P.L.I. 1982)

Co-Author with Don B. Kates, Jr., Police Abuse Litigation, in ROSEN, STRICKLER, TEITELBAUM, FEDERAL CIVIL RIGHTS LITIGATION (P.L.I. 1979)

Author, [Police Use of Deadly Force] A Role for Community Organizations and Human Rights Agencies, in U.S. DEPARTMENT OF JUSTICE, COMMUNITY RELATIONS SERVICE, POLICE USE OF DEADLY FORCE: WHAT POLICE AND THE COMMUNITY CAN DO ABOUT IT (G.P.O. 1978)

Amitai Schwartz

Testimony, <u>Regulating Police Practices and Remedies</u>, UNITED STATES COMMISSION ON CIVIL RIGHTS, CONSULTATION: POLICE PRACTICES AND THE PRESERVATION OF CIVIL RIGHTS (G.P.O. 1978)

Author, <u>Remedies for Police Abuse</u>, in DAYS, ROSEN, STRICKLER, FEDERAL CIVIL RIGHTS LITIGATION (P.L.I. 1977)

Co-Author, REPRESENTATION OF WITNESSES BEFORE FEDERAL GRAND JURIES: A MANUAL FOR ATTORNEYS, Published by Clark-Boardman Co. in conjunction with the National Lawyers' Guild (1974)

<u>Representative Published Cases:</u>

Navarette v. United States, 500 F.3d 914 (9th Cir. 2007)

Arnold v. Runnels, 421 F.3d 859 (9th Cir. 2005)

United States v. Gonzalez, 214 F.3d 1109 (9th Cir. 2000)

Bay Area Addiction Research & Treatment v. City of Antioch, 179 F.3d 725 (9th Cir. 1999)

United States v. Bauer, 132 F.3d 504 (9th Cir. 1997)

Bucholtz v. Belshe, 114 F.3d 923 (9th Cir. 1997)

Jackson v. McIntosh, 90 F.3d 330 (9th Cir. 1996)

Friend v. Kolodzieczak, 72 F.3d 1386 (9th Cir. 1995)

Estate of Conners by Meredith v. O'Connor, 6 F.3d 656 (9th Cir. 1993)

NAACP v. City of Richmond, 743 F.2d 1346 (9th Cir. 1984)

Williams v. Alioto, 625 F.2d 845 (9th Cir. 1980)

Amitai Schwartz

Sobky v. Smoley, 855 F. Supp 1123 (E.D. Cal. 1994)

People v. Haley, 34 Cal. 4th 283 (2004)

Flannery v. California Highway Patrol, 61 Cal.App.4th 629 (1998)

Ingersoll v. Palmer, 43 Cal.3d 1321 (1987)

American Civil Liberties Union Foundation v. Deukmejian,
	32 Cal. 3d 440 (1982)

California Advocates for Nursing Home Reform
	v. Bonta, 106 Cal.App.4th 498 (2003)