# EXHIBIT B

# MOIRA DUVERNAY

Law Offices of Amitai Schwartz
Watergate Towers • 2000 Powell Street, Suite 1286 • Emeryville, CA 94608
(510) 597-1775 • moira@schwartzlaw.com

**EMPLOYMENT:**

**Law Offices of Amitai Schwartz, Emeryville, CA**
Litigation Associate, June 2008 - Present
- Complex civil litigation with a focus on civil rights and other public law matters; research and draft criminal appeals filed with the California Supreme Court and the United States Court of Appeals for the Ninth Circuit.

**Center for Justice and Accountability (CJA), San Francisco, CA**
Staff Attorney, August 2004 - May 2008; Legal Intern, June - August 2003
- Litigated high-impact international human rights cases brought in federal court on behalf of survivors of torture or other severe human rights abuses.  Victories include a $19 million judgment against a notorious Haitian death squad leader, Doe v. Constant, No. 04-Civ-10108 (SHS), in the United States District Court, Southern District of New York, and a $4.3 million jury verdict against a former Haitian colonel, Jean v. Dorelien, No. 03-20161-CIV-KING, in the United States District Court, Southern District of Florida.
- Lead appellate brief writer for the organization, including briefs filed in the Second, D.C., and Fourth Circuits.
- Responsible for all communications with clients, investigations, and media relations.
- Publicly addressed community events, refugee associations, law students, law firms, and government officials on more than 20 occasions.

**Bureau des Avocats Internationaux, Haiti**
Summer Associate, June–August 2002
- Researched international jurisprudence on rape as torture and a crime against humanity while working with survivors of politically-motivated rape.

**EDUCATION:**

**University of California, Hastings College of the Law, San Francisco, CA**
Juris Doctor, May 2004. Semi-Finalist, San Francisco Trial Lawyers Association Mock Trial Competition; Semi-Finalist, Texas Young Lawyer's Association Mock Trial Competition; Recipient, Mark Foster International Fellowship; Recipient, Excellence for the Future Award and Award for Academic Excellence in Trial Advocacy II and Accountability in Human Rights Seminar.

**Brown University, Providence, Rhode Island**
Bachelor of Arts, International Relations Concentration, May 1998

1

Moira Duvernay

**School for International Training, Managua, Nicaragua**
International Field Study: January - June 1997.

**BAR ADMISSIONS AND PROFESSIONAL ASSOCIATIONS**:

California State Bar (admitted 2004); the United States Court of Appeals for the D.C., Second, and Ninth Circuits; and the United States District Courts for the Northern, Eastern, and Central Districts of California; the Irish-American Bar Association; the Brown University Public Interest Law Group.

**AWARDS AND RECOGNITIONS:**

California Lawyer, Attorney of the Year for civil rights, March 2007: honored for achievement in case against Haitian death squad leader.

**LANGUAGE SKILLS**:

Fluent in Haitian Creole, French, and Spanish.