# EXHIBIT C

VASQUEZ v. CITY OF SANTA PAULA, et. al

Time Expended by Amitai Schwartz and Moira Duvernay on Plaintiff's Motion for Fees and Expenses:

| Date | Atty | Activity | Hours | Amount Charged |
|---|---|---|---|---|
| 8/6/10 | AS | T/c w/ Brian Vogel re: fees motion | 0.2 | $130.00 |
| 8/6/10 | AS | Review corres from Brian Vogel re: verdict form, contentions of law and fact | 0.2 | 130.00 |
| 8/9/10 | AS | T/c w/ Brian Vogel re: facts of case | 0.3 | 195.00 |
| 8/11/10 | AS | T/c w/ Brian Vogel re: fees motion | 0.2 | 130.00 |
| 8/12/10 | AS | Review district court papers | 1.2 | 780.00 |
| 8/12/10 | AS | Research re: fee awards for nominal damages | 1.9 | 1,235.00 |
| 8/13/10 | AS | Conf w/ Brian Vogel re: fee motion, settlement alternatives, trial of the case | 2.5 | 1,625.00 |
| 8/13/10 | AS | Prepare Notice of Association of Counsel | 0.2 | 130.00 |
| 8/17/10 | AS | T/c w/ Jeff Held re: fee motion, settlement issues, stipulations | 0.5 | 325.00 |
| 8/17/10 | AS | Corres to Brian Vogel and Jeff Held re: meet and confer | 0.3 | 195.00 |
| 8/19/10 | AS | Review trial transcript of final day of trial and verdict | 2.2 | 1,430.00 |
| 8/19/10 | AS | Research re: relevant central district rates and Judge Fischer's fee orders | 1.2 | 780.00 |
| 8/31/10 | AS | Research re: Farrar and attorney's fees | 1.8 | 1,170.00 |
| 8/31/10 | AS | T/c w/ Carol Sobel re: rates | 0.4 | $260.00 |

September 8, 2010                                                                                           Vasquez v.
                                                    1                                        City of Santa Paula, et. al

| Date | Atty | Activity | Hours | Amount Charged |
|---|---|---|---|---|
| 8/31/10 | MD | Review Central District Court fee decisions for prevailing market rate for 1993 law grad; research for additional recent decisions | 1.3 | 390.00 |
| 8/31/10 | MD | Revise declaration of Carol Sobel in support of motion for fees and expenses | 0.7 | 210.00 |
| 8/31/10 | MD | Revise language for motion for fees and expenses incorporating evidence and case law in support of requested hourly rates | 0.8 | 240.00 |
| 9/1/10 | AS | Research re: <u>Wilkins</u> case - injury and force | 0.2 | 130.00 |
| 9/1/10 | AS | Review time records; corres to Brian Vogel re: same | 1.1 | 715.00 |
| 9/2/10 | AS | Review files, transcripts, notes; draft Brian Vogel Declaration | 3.1 | 2,015.00 |
| 9/2/10 | AS | Corres to client re: fees motion | 0.2 | 130.00 |
| 9/3/10 | AS | Research stipulation re: fees, collateral source rule and damages, and nominal damages cases | 5.4 | 3,510.00 |
| 9/3/10 | AS | Review file, corres and T/c's w/ Brian Vogel re: Declaration | 0.9 | 585.00 |
| 9/3/10 | AS | Corres w/ Sobel re: Declaration | 0.2 | 130.00 |
| 9/3/10 | AS | Conf's w/ MD re: stipulation issue, preparation of expense itemization | 0.3 | 195.00 |
| 9/3/10 | MD | Research stipulation to pay damages and fees: review contract interpretation cases and Restatement (2nd) of Contracts | 2.6 | $780.00 |

| Date | Atty | Activity | Hours | Amount Charged |
|---|---|---|---|---|
| 9/3/10 | MD | Draft section of fee motion re: stipulation to indemnify defendants | 1.1 | 330.00 |
| 9/6/10 | AS | Draft notice of motion for fees and expenses | 0.4 | 260.00 |
| 9/6/10 | AS | Draft memo in support of motion for fees | 6.6 | 4,290.00 |
| 9/6/10 | AS | Edit Brian Vogel Declaration per T/c's and corres w/ Brian Vogel | 0.3 | 195.00 |
| 9/6/10 | AS | Corres and T/c's w/ Brian Vogel re: trial record, exhibits and declaration | 0.4 | 260.00 |
| 9/7/10 | AS | Draft memo in support of fee motion, research as needed | 9.1 | 5,915.00 |
| 9/7/10 | MD | Review Sobel Declaration in support of fee motion; make changes from corres w/ Sobel and assemble exhibits in support of her declaration | 0.7 | 210.00 |
| 9/7/10 | MD | Revise Declaration of Amitai Schwartz in support of fee motion | 0.8 | 240.00 |
| 9/7/10 | MD | Draft request for judicial notice in support of fee motion | 0.3 | 90.00 |
| 9/7/10 | MD | Draft Declaration of MD in support of fee motion (re: documents subject to judicial notice) | 0.2 | 60.00 |
| 9/7/10 | MD | Assemble exhibits to Sobel, Schwartz, Vogel Declarations and request for judicial notice - both pdfs and blue-backed courtesy copies (paralegal work) | 2.6 | $260.00 |

September 8, 2010

3

Vasquez v. City of Santa Paula, et. al

| Date | Atty | Activity | Hours | Amount Charged |
|---|---|---|---|---|
| 9/7/10 | MD | Review legal periodicals re: lack of trial experience of most young attorneys; draft language to use in fees motion | 0.5 | 150.00 |
| 9/7/10 | MD | Format time summary and calculate amount charged for each entry (paralegal work) | 0.9 | 90.00 |
| 9/8/10 | AS | Edit memo in support of fee motion | 2.4 | 1,560.00 |
| 9/8/10 | MD | Proofread Vogel Declaration (paralegal work) | 0.3 | 30.00 |
| 9/8/10 | MD | Revise exhibits to Schwartz and Vogel declarations; correct corresponding pdfs (paralegal work) | 0.5 | 50.00 |
| 9/8/10 | MD | Finish formatting all pdfs and blue-backing courtesy copies (paralegal work) | 0.8 | 80.00 |
| | | Total Hours Expended by AS and MD: | 57.8 | $31,615.00 |