# EXHIBIT C

```
 1  MARK D. ROSENBAUM, SBN 59940
    mrosenbaum@aclu-sc.org
 2  PETER J. ELIASBERG, SBN 189110
    ACLU FOUNDATION OF
 3   SOUTHERN CALIFORNIA
    1313 W. 8th Street
 4  Los Angeles, CA 90017
    Telephone: (213) 977-9500 x 224
 5  Facsimile: (213) 977-5297

 6  CAROL A. SOBEL, SBN 84483
    carolsobel@aol.com
 7  LAW OFFICES OF CAROL A. SOBEL
    429 Santa Monica Blvd., Suite 550
 8  Santa Monica, CA 90401
    Telephone: (310) 393-3055
 9  Facsimile: (310) 393-3605

10  Attorneys for Plaintiffs
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD JONES, et al., | Case No. CV 03-1142 R (RNBx) |
| Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS |
| vs. | |
| CITY OF LOS ANGELES, et al., | |
| Defendants. | Date: December 8, 2008<br>Time: 10:00 a.m.<br>Ctrm: 8 |

1    This Court has read Plaintiffs' motion for attorneys fees, Defendants'
2 opposition, and heard argument on the matter on December 8, 2008. The Court
3 concludes that Plaintiffs are the prevailing party under both California Code of
4 Civil Procedure § 1021.5 and 42 U.S.C. § 1988. The Court further concludes that
5 Plaintiffs satisfy the three other elements of CCP § 1021.5 and that both the rates
6 and hours sought by Plaintiffs' counsel are reasonable. The Court further
7 concludes that Plaintiffs have satisfied the test for a multiplier under both state and
8 federal law because of the contingent nature of the representation, the novelty and
9 difficulty of the issues presented, the skill demonstrated by Plaintiffs' attorneys,
10 and the exceptional success Plaintiffs achieved.
11    Accordingly, the Court hereby ORDERS that Defendants pay to Plaintiffs
12 $ 697,413.00 in attorneys' fees for time spent on the matter through the filing of
13 the motion, and for time spent preparing for and appearing at argument.
14 ~~The Court further finds that Plaintiffs' counsel demonstrated exceptional~~
15 ~~skill in prosecuting this case and that the case involved difficult and complex~~
16 ~~factual and legal claims. Accordingly, the Court orders that the amount of fees be~~
17 ~~subject to a 2.0 multiplier for a total of $_____.~~
18    The Court further ORDERS that Defendants pay to Plaintiffs $7,046.00 in
19 reasonable out-of-pocket expenses.
20
21 Dated: December 8, 2008
22
23                                     Manuel L. Real
                                       United States District Judge
24 Lodged by:
25    /s/
26 Carol A. Sobel
   Attorney for Plaintiffs
27
28

-1-

**Computation of Plaintiffs' Attorneys Fees and Expenses in *Jones v. City of Los Angeles***

| Firm & Timekeepers | Hours | Market Rate | Initial Lodestar | 2.0 Upward Enhancement | Adjusted Lodestar |
|---|---|---|---|---|---|
| **Law Office of Carol A. Sobel** | | | | | |
| Carol Sobel (1978) | 461.5 | $695 | $320,742.50 | $320,742.50 | $641,485.00 |
| Yvonne Simon (1994) | 71.8 | $480 | $ 34,464.00 | $ 34,464.00 | $ 68,928.00 |
| Negin Mirmirani (2000) | 21.0 | $425 | $ 8,925.00 | $ 8,925.00 | $ 17,850.00 |
| Wyeth McAdam (2000) | 17.2 | $390 | $ 6,708.00 | $ 6,708.00 | $ 13,416.00 |
| David Saldana (2001) | 16.3 | $380 | $ 6,194.00 | $ 6,194.00 | $ 12,388.00 |
| Leah Greenwald (law student) | 29.1 | $200 | $ 5,820.00 | $ 5,820.00 | $ 11,640.00 |
| Jina Tedmori (law student) | 18.2 | $200 | $ 3,640.00 | $ 3,640.00 | $ 7,280.00 |
| | | | $386,493.50 | | $772,987.00 |

1

| Firm & Timekeepers | Hours | Market Rate | Initial Lodestar | 2.0 Upward Enhancement | Adjusted Lodestar |
|---|---|---|---|---|---|
| **ACLU Foundation of Southern California** | | | | | |
| Mark Rosenbaum (1974) | 238.0 | $725 | $172,550.00 | $172,550.00 | $345,100.00 |
| Peter Eliasberg (1994) | 11.4 | $490 | $ 5,586.00 | $ 5,586.00 | $ 11,172.00 |
| Catherine Lhamon (1996) | 61.8 | $455 | $ 28,119.00 | $ 28119.00 | $ 56,238.00 |
| Arulanantham Ahilan (1999) | 14.4 | $400 | $ 5,760.00 | $ 5,760.00 | $ 11,520.00 |
| Ben Wizner (2000) | 112.5 | $380 | $ 42,750.00 | $ 42,750.00 | $ 85,500.00 |
| Adam Wolfe (2001) | 31.0 | $365 | $ 11,315.00 | $ 11,315.00 | $ 22,630.00 |
| Jennifer Stark (law student) | 31.0 | $200 | $ 6,200.00 | $ 6,200.00 | $ 12,400.00 |
| Stuart Allen (law student) | 18.4 | $200 | $ 3,680.00 | $ 3,680.00 | $ 7,360.00 |
| Joyce Bradberg (paralegal) | 11.8 | $175 | $ 2,065.00 | $ 2,065.00 | $ 4,130.00 |
| | | | $278,250.00 | | $556,050.00 |

2