# EXHIBIT H

**EXHIBIT A**

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **THREE A'S HOLDINGS, L.L.C., a** | : | **Case No. 06-10886 (BLS)** |
| **Delaware limited liability company,** | : | |
| ***et al.,***[1] | : | **Jointly Administered** |
| | : | |
| **Debtors.** | : | **Objection Deadline:  December 20, 2006** |
| | : | |
| | : | |



| | |
|---|---|
| Name of Applicant: | O'Melveny & Myers LLP |
| Authorized to Provide Professional Services to: | The above-captioned debtors and debtors-in-possession |
| Date of Retention: | September 14, 2006 (*nunc pro tunc* to the date of commencement of these chapter 11 cases) |
| Period for which compensation and reimbursement are sought: | October 1, 2006 through October 31, 2006 |
| Amount of Compensation sought as actual, reasonable, and necessary: | $308,928.40 (80% of $386,160.50) |
| Amount of Expense Reimbursement sought as actual , reasonable and necessary: | $6,349.08 |

This is a(n):  __X__  Monthly _____Interim  _____ Final Application

The total time expended for fee application preparation is approximately 12 hours.[2]

Prior Applications Filed:                   Two

---

[1] The Debtors are the following entities:  Three A's Holdings, L.L.C., Jeremy's Holdings, LLC, Tower Direct LLC, 33rd Street Records, Incorporated, Pipernick Corp., M T S, Incorporated (d/b/a Tower Records), Columbus & Bay, Inc. and R.T. Records, Incorporated.

[2] This time was expended by attorneys and paraprofessionals, and compensation for this time will be calculated and requested as part of the next monthly fee application

LA3:1125300 1

This is a(n):  <u>X</u> monthly      ___ interim      ___ final application

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| David Krinsky | Partner in the Transactions Department. Joined firm in 1994. Member of the CA State Bar since 1973. | 950 | 15.8 | $15,010.00 |
| Robert Rizzi | Partner in the Transactions Department. Joined firm in 1994. Member of the CA State Bar since 1978. | 950 | 3.5 | $3,325.00 |
| Ben Logan | Partner in the Restructuring and Finance Department. Joined firm in 1976. Member of the CA State Bar since 1976. | 860 | 170.9 | $142,681.65 |
| Gordon Krischer | Partner in the Adversarial Department. Joined firm in 1971. Member of the CA State Bar since 1972 and NY State Bar since 1991. | 860 | 1.3 | $1,118.00 |
| Kathryn Sanders | Partner in the Transactions Department. Joined firm in 1985. Member of the CA State Bar since 1985 | 820 | 0.7 | $574.00 |
| Suzzanne Uhland | Partner in the Restructuring and Finance Department. Joined firm in 1988. Member of the CA State Bar since 1988. | 820 | 190.4 | $151,489.62 |
| Alejandro Mayorkas | Partner in the Adversarial Department. Joined firm in 2001. Member of the CA State Bar since 1986. | 770 | 12.2 | $9,394.00 |
| Shannon Lowry Nagle | Partner in the Transactions Department. Joined firm in 2007. Member of the NY State Bar since 2007. Member of VA State Bar since 1991. Member of NC State Bar since 1993. Member of State GA Bar since 1996. | 710 | 68.8 | $48,848.00 |
| Gary Tell | Partner in the Transactions Department. Joined firm in 1999. Member of the DC Bar since 1993. | 700 | 0.5 | $350.00 |

Exhibit A
11

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Thomas M. Riordan | Partner in the Adversarial Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 675 | 31.0 | $20,925.00 |
| C. Brophy Christensen | Partner in the Transactions Department. Joined firm in 1997. Member of the CA State Bar since 1997. | 675 | 3.4 | $2,295.00 |
| Jorge DeNeve | Counsel in the Adversarial Department. Rejoined firm in 2007. Member of the CA State Bar since 1998. | 620 | 31.2 | $19,344.00 |
| Summer Conley | Counsel in the Transactions Department. Joined firm in 1997. Member of the CA State Bar since 1997. | 600 | 1.7 | $1,020.00 |
| Victoria Newmark | Counsel in the Restructuring and Finance Department. Joined firm in 1995. Member of the CA State Bar since 1995. | 595 | 0.2 | $119.00 |
| Christopher Campbell | Counsel in the Tax Department. Joined firm in 1999. Member of the CA State Bar since 1999. | 590 | 59.7 | $35,223.00 |
| Allan Johnson | Counsel in the Adversarial Department. Joined firm in 2002. Member of the CA State Bar since 2001. | 565 | 49.0 | $27,685.00 |
| Natausha Wilson | Counsel in the Transactions Department. Joined the firm in 2007. Member of the NY and NJ State Bars since 2002 and the CA State Bar since 2003. | 565 | 121.7 | $68,760.50 |
| Arthur (Schan) Duff | Counsel in the Adversarial Department. Joined firm in 2004. Member of the DC Bar since 2003. | 540 | 8.8 | $4,752.00 |
| Justin Laubach | Counsel in the Transactions Department. Joined firm in 2003. Member of the CA State Bar since 2002. | 540 | 54.9 | $29,646.00 |
| Emily Culler | Associate in the Restructuring and Finance Department. Joined firm in 2002. Member of the CA State Bar since 2002. | 540 | 1.9 | $1,026.00 |

Exhibit A

12

| Professional | Position, Year Assumed Position, Prior Relevant Experience, Year of Obtaining Relevant License to Practice | Hourly Billing Rate | Hours Billed | Compensation |
|---|---|---|---|---|
| Laine Mervis | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2003. | 520 | 8.6 | $4,472.00 |
| Andrew Parlen | Associate in the Transactions Department. Joined firm in 2007. Member of the CA State Bar since 2004. | 520 | 297.8 | $151,222.48 |
| Scott Sugino | Associate in the Transactions Department. Joined firm in 2006. Member of the IL State Bar since 2003 and member of the CA State Bar since 2004. | 520 | 2.0 | $1,040.00 |
| Joshua Weisser | Associate in the Transactions Department. Joined the firm in 2007. Member of the NY State Bar since 2006. | 490 | 2.2 | $1,078.00 |
| Jennifer Halvas | Associate in the Transactions Department. Joined firm in 2004. Member of the CA State Bar since 2004. | 480 | 2.1 | $1,008.00 |
| Mike Symons | Associate in the Transactions Department. Joined firm in 2004. Member of the CA State Bar since 2004. | 480 | 28.1 | $13,488.00 |
| Nima Amini | Associate in the Transactions Department. Joined firm in 2006. Member of the CA, MN and DC Bars since 2005, 2006 and 2007, respectively. | 450 | 9.3 | $4,185.00 |
| Abby Schwartz | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2007. | 450 | 4.8 | $2,160.00 |
| Ana Acevedo | Associate in the Transactions Department. Joined firm in 2006. Not currently a member of the CA State Bar. | 395 | 108.0 | $42,660.00 |
| Danielle Oakley | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 395 | 58.2 | $22,337.25 |

Exhibit A
13

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Adrian Pollner | Associate in the Adversarial Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 395 | 25.0 | $9,875.00 |
| Michael Scheppele | Associate in the Transactions Department. Joined firm in 2006. Member of the CA State Bar since 2006. | 395 | 0.2 | $79.00 |
| Angela Wang | Associate in the Transactions Department. Joined firm in 2006. Member of the NY State Bar since 2007. | 395 | 151.5 | $59,842.50 |
| Melanie McLaughlin | Associate in the Transactions Department. Joined the firm in 2007. Member of the NY State Bar since 2008. | 365 | 0.6 | $219.00 |
| Ryan Austin | Associate in the Transactions Department. Joined the firm in 2007. Member of the CA Bar since 2007. | 330 | 24.9 | $8,217.00 |
| Timothy P. Caballero | Associate in the Adversarial Department. Joined firm in 2007. Member of the CA State Bar since 2007. | 330 | 2.4 | $792.00 |
| Lynn Talab | Adversarial Paralegal since 1992. | 310 | 64.8 | $20,088.00 |
| Gregory Trotter | Transactions Paralegal since 1989. | 310 | 0.5 | $155.00 |
| Timothy Sheehan | Adversarial Paralegal since 2004. | 225 | 1.9 | $427.50 |
| Michael Donovan | Litigation Support Specialist since 2005. | 260 | 66.3 | $17,238.00 |
| James McCarthy | Adversarial Paralegal since 1997. | 245 | 17.0 | $4,165.00 |
| Debra Fisher | Librarian since 1980. | 225 | 0.7 | $157.50 |
| Denise Lieu | Practice Support Analyst since 2006. | 220 | 0.6 | $132.00 |
| Catherine Mirhady | Litigation Support Specialist since 2007. | 220 | 41.5 | $9,130.00 |
| Karen Nguyen | Litigation Support Specialist since 2004. | 220 | 2.2 | $484.00 |
| Ryan Lopez | Litigation Support Specialist since 2007. | 220 | 0.4 | $88.00 |

LA3:1148107.1
RLF1-3300247-1

Exhibit A
14

| PROFESSIONAL | POSITION, YEAR ASSUMED POSITION, PRIOR RELEVANT EXPERIENCE, YEAR OF OBTAINING RELEVANT LICENSE TO PRACTICE | HOURLY BILLING RATE | HOURS BILLED | COMPENSATION |
|---|---|---|---|---|
| Stella Kim | Transactions Project Assistant since 2007. | 190 | 4.4 | $836.00 |
| Brian Osimiri | Transactions Project Assistant since 2006. | 190 | 15.6 | $2,964.00 |
| Elizabeth Ene | Litigation Support Specialist since 2007. | 110 | 16.1 | $1,771.00 |
| TOTAL | | | 1785.3 | $963,897.00 |

Exhibit A
15

## COMPENSATION BY PROJECT CATEGORY

| Fee Summary - April 1, 2008 through April 30, 2008 | | |
|---|---|---|
| Matter | Hours | Fees |
| Case Administration (071) | 27.2 | $20,361.00 |
| Non-Working Travel (072) | 37.1 | $13,216.00 |
| Asset Analysis/Recovery (073) | 0.1 | $82.00 |
| Asset Disposition (074) | 34.4 | $17,105.50 |
| Relief from Stay Proceedings (075) | 13.2 | $7,690.50 |
| Meetings/Communications with Creditors (076) | 0.6 | $186.00 |
| Fee/Employment Objections (077) | 115.7 | $64,309.50 |
| Assumption/Rejection of Leases and Contracts (080) | 92.8 | $53,073.00 |
| Claims Administration and Objections (081) | 64.7 | $41,715.00 |
| Plan & Disclosure Statement (082) | 933.2 | $514,465.00 |
| General Litigation/Litigation Claims (083) | 67.4 | $32,370.50 |
| Reclamation Claims (086) | 1.0 | $520.00 |
| Fee/Employment Applications (087) | 88.2 | $36,609.00 |
| Employee Matters (Benefits, Pensions) (089) | 5.6 | $2,925.00 |
| Corporate and Securities Matters (090) | 24.3 | $17,015.00 |
| Tax Issues (091) | 36.0 | $23,495.00 |
| Government Investigations (093) | 141.8 | $52,603.50 |
| Warehouse Lenders (094) | 16.5 | $14,190.00 |
| Deferred Compensation Plan Litigation (095) | 21.1 | $12,605.50 |
| Access Lending (096) | 42.5 | $26,801.00 |
| WARN Litigation (097) | 21.4 | $12,206.00 |
| Examiner Issues (098) | 0.5 | $353.00 |
| Total | 1,785.3 | $963,897.00 |

LA3:1148107.1
RLF1-3300247-1

## EXPENSE SUMMARY

| Expense Summary – April 1, 2008 through April 30, 2008 | |
| --- | --- |
| **Expense** | **Amount** |
| Copying (Equitrac – Internal) (E101E) | $521.20 |
| Lasertrak Printing (E101L) | $571.10 |
| Specialty Photocopying (E101SP) | $110.50 |
| Outside Printing/Reproduction (Photocopying) (E102A) | $3,048.45 |
| Outside Printing/Reproduction (Microfilming) (E102A1) | $890.55 |
| Outgoing Faxes (E104) | $10.00 |
| Telephone (Accounts Payable) (E105A) | $163.40 |
| Premiere Global Service Conference Call (E105P) | $16.93 |
| Online Research / Lexis-Nexis (E106L) | $625.14 |
| Online Research / Miscellaneous (E106M) | $344.48 |
| Online Research / Westlaw (E106W) | $525.47 |
| Delivery Services/Messengers (E107) | $2,053.61 |
| Local Travel (Taxi) (E109TX) | $70.47 |
| Expense Report Other - Includes Out of Town Travel (E110) | $407.08 |
| Out of Town Travel (Expense Reports - Meals) (E110EM) | $60.00 |
| Out-of-Town Travel (Direct Bill Firm – Airfare) (E110T) | $8,027.24 |
| Other Professionals (Accounts Payable) (E123A) | $1,816.89 |
| Other (Internal Bindery) (E124B1) | $1.25 |
| Scanning Services (Accuroute) (E130AR) | $28.10 |
| **Total** | **$19,291.86** |

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | **Chapter 11** |
| | : | |
| **NEW CENTURY TRS HOLDINGS,** | : | **Case No. 07-10416(KJC)** |
| **INC., a Delaware corporation, et al.,**[1] | : | |
| | : | **Jointly Administered** |
| Debtors. | : | |
| | : | **Hearing Date: Only if Objection is Received** |
| | : | |
| | : | **Objection Deadline: July 28, 2008** |

## THIRTEENTH MONTHLY APPLICATION OF O'MELVENY & MYERS LLP FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED AND FOR REIMBURSEMENT OF EXPENSES AS CO-COUNSEL TO THE DEBTORS AND DEBTORS IN POSSESSION FOR THE PERIOD APRIL 1, 2008 THROUGH APRIL 30, 2008

Pursuant to Sections 330 and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the Court's Administrative Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses of Professionals dated April 25, 2007 [Docket No. 389] (the "Administrative Order"), O'Melveny & Myers LLP ("OMM") hereby files this Thirteenth Monthly Application for Allowance of Compensation for Services Rendered and for Reimbursement of Expenses as Co-Counsel to the Debtors and Debtors in Possession for the Period from April 1, 2008 through and including April 30, 2008 (the "Application"). By this

---

[1] The Debtors are the following entities: New Century Financial Corporation (f/k/a New Century REIT, Inc.), a Maryland corporation; New Century TRS Holdings, Inc. (f/k/a New Century Financial Corporation), a Delaware corporation; New Century Mortgage Corporation (f/k/a JBE Mortgage) (d/b/a NCMC Mortgage Corporate, New Century Corporation, New Century Mortgage Ventures, LLC), a California corporation; NC Capital Corporation, a California corporation; Home123 Corporation (f/k/a The Anyloan Corporation, 1800anyloan.com, Anyloan.com), a California corporation; New Century Credit Corporation (f/k/a Worth Funding Incorporated), a California corporation; NC Asset Holding, L.P. (f/k/a NC Residual II Corporation), a Delaware limited partnership; NC Residual III Corporation, a Delaware corporation; NC Residual IV Corporation, a Delaware corporation; New Century R.E.O. Corp., a California corporation; New Century R.E.O. II Corp., a California corporation; New Century R.E.O. III Corp., a California corporation; New Century Mortgage Ventures, LLC (d/b/a Summit Resort Lending, Total Mortgage Resource, Select Mortgage Group, Monticello Mortgage Services, Ad Astra Mortgage, Midwest Home Mortgage, TRATS Financial Services, Elite Financial Services, Buyers Advantage Mortgage), a Delaware limited liability company; NC Deltex, LLC, a Delaware limited liability company; NCoral, L.P., a Delaware limited partnership; and New Century Warehouse Corporation, a California corporation.

Application, OMM seeks a monthly allowance pursuant to the Administrative Order with respect

to the sums of $771,117.60 (80% of $963,897.00) as compensation and $19,291.86 for

reimbursement[2] of actual and necessary expenses for a total of $790,409.46 for the period April 1,

2008 through and including April 30, 2008 (the "Compensation Period"). In support of this

Application, OMM respectfully represents as follows:

### Background

1.      On April 2, 2007 (the "Petition Date"), the Debtors, other than Access, filed

the instant petitions for relief and the Debtors' bankruptcy cases are being jointly administered

pursuant to an order of the Court. Access filed its chapter 11 petition on August 3, 2007 (the

"Access Petition Date"). The Debtors are operating their business and managing their affairs as

debtors and debtors in possession.

2.      The retention of OMM by the Debtors other than Access was approved

effective as of the Petition Date by this Court's Order dated May 7, 2007 [Docket No. 567] (the

"Retention Order"). The Retention Order authorized OMM to be compensated on an hourly basis

and to be reimbursed for actual and necessary out-of-pocket expenses. Subsequently, on October

23, 2007, the scope of OMM's retention was expanded to include the representation of Access

effective as of the Access Petition Date.

### Compensation Paid and its Source

3.      All services for which compensation is requested by OMM were performed

for or on behalf of the Debtors.

4.      Except to the extent of the retainers paid to OMM as described in the

applications seeking approval of OMM's employment by the Debtors during the period covered by

this Application, OMM has received no payment and no promises for payment from any source for

---

[2]  In accordance with the procedures approved by the Court pursuant to the Administrative Order, upon the filing of a certificate of no objection with the Court, the Debtors are authorized to pay OMM an amount equal to the lesser of (i) 80% of the fees ($771,117.60) and 100% of the expenses ($19,291.86) requested in the Application and (ii) 80% of the fees and 100% of the expenses not subject to an objection.

services rendered or to be rendered in any capacity whatsoever in connection with the matters
covered by this Application.  There is no agreement or understanding between OMM and any
other person other than the partners of OMM for the sharing of compensation to be received for
services rendered in these cases.

### Fee Statements

5.      The fee statements for the Compensation Period are attached hereto as
Exhibit A.  The statements contain daily time logs describing the time spent by each attorney and
paraprofessional for this period.[3]  To the best of OMM's knowledge, this Application complies
with Sections 330 and 331 of the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure,
the Guidelines adopted by the Office of the United States Trustee, Del. Bankr. L.R. 2016-2 and the
Administrative Order.

### Actual and Necessary Expenses

6.      A summary of the actual and necessary expenses and daily logs of expenses
incurred by OMM for the Compensation Period is attached hereto as Exhibit B.  OMM has
charged $1.00 per page for out-going facsimile transmissions and $.10 per page for photocopying
expenses for the purposes of these bankruptcy cases, in accordance with Del. Bankr. L.R. 2016-
2(e)(iii).[4]  Actual long-distance carrier charges for outgoing facsimile transmissions are reflected in
the long-distance telephone charges.

7.      Regarding  providers  of  on-line  legal  research  (e.g.,  LEXIS  and
WESTLAW), OMM charges all its clients the standard usage rates these providers charge, which,
due to contractual flat fees, may not always equal OMM's actual cost.  OMM is currently under
contract to pay these providers a flat fee every month.  For certain months the flat fee may be
higher than actual usage.  For certain other months the flat fee may be lower than actual usage.

---

[3]  OMM's word processing and distribution handling expenses are not included in its overhead but instead are charged
separately to clients.  OMM generally charges its bankruptcy clients at the same rates as its non-bankruptcy clients but,
consistent with applicable guidelines, is not seeking reimbursement from the Debtors' estates for these actual incurred
expenses.

[4]  OMM typically charges its clients $1.25 per page for out-going facsimile transmissions and $0.15 per page for
photocopying expenses.

Charging its clients the on-line providers' standard usage rates allows OMM to cover adequately the monthly flat fees it must pay to these types of providers.

      8.    OMM believes the foregoing rates are the market rates that the majority of law firms charge clients for such services. In addition, OMM believes that such charges are in accordance with the American Bar Association's ("ABA") guidelines, as set forth in the ABA's Statement of Principles, dated January 12, 1995, regarding billing for disbursements and other charges.

### Summary of Services Rendered

      9.    The partners, counsel and associates who rendered professional services in this case during the Compensation Period are: Robert Rizzi, Ben Logan, David Krinsky, Gordon Krischer, Kathryn Sanders, Suzzanne Uhland, Alejandro Mayorkas, Shannon Lowry Nagle, Thomas Riordan, Gary Tell, C. Brophy Christensen, Victoria Newmark, J. Jorge DeNeve, Summer Conley, Christopher Campbell, Allan Johnson, Natausha Wilson, Justin Laubach, Arthur (Schan) Duff, Emily Culler, Laine Mervis, Andrew Parlen, Scott Sugino, Joshua Weisser, Jennifer Halvas, Mike Symons, Nima Amini, Abby Schwartz, Ana Acevedo, Danielle Oakley, Adrian Pollner, Michael Scheppele, Angela Wang, Melanie McLaughlin, Sue Derian, Ryan Austin, and Timothy Caballero.

      10.    The paraprofessionals of OMM who provided services to the attorneys in these cases are: Lynn Talab, Gregory Trotter, Timothy Sheehan, Michael Donovan, James McCarthy, Debra Fisher, Denise Lieu, Catherine Mirhady, Karen Nguyen, Ryan Lopez, Brian Osimiri, Elizabeth Ene, and Stella Kim. OMM by and through the above-named persons, has prepared and/or assisted in the preparation of various applications and orders submitted to the Court for consideration, advised the Debtors on a regular basis with respect to various matters in connection with these cases, and has performed professional services which are described and narrated in detail hereafter.

### Summary of Services by Project

      11.    The services rendered by OMM during the Compensation Period can be

grouped into the categories set forth below.

A.   Case Administration (071)

Fees: $20,361.00         Total Hours: 27.2

This category includes all matters related to filing documents with the Court, service thereof, maintenance of calendars, communications with the U.S. Trustee, regular status calls including management and professionals, review of work in process reports, review of notices of appearances and maintaining services lists.

B.   Non-Working Travel (072)

Fees: $13,216.00         Total Hours: 37.1

This category includes all travel time not otherwise chargeable (and is billed at one-half the normal billing rate) in accordance with Del. Bankr. L.R. 2016-2(e)(iii).

C.   Asset Analysis (073)

Fees: $82.00             Total Hours: 0.1

This category includes all matter relating to the analysis of the Debtors assets.

D.   Asset Disposition (074)

Fees: $17,105.50         Total Hours: 34.4

This category includes all matters relating to the disposition of property of the estate. OMM provided significant services during these cases assisting the Debtors' efforts in pursuing major asset sales and during the Compensation Period continued to render services in connection with follow up matters related to these transactions. On May 7, 2007, the Court entered an order approving the sale of a pool of approximately 2,200 unencumbered mortgage loans to Ellington Management Group, L.L.C. on behalf of its Client Funds ("Ellington"). On May 23, 2007, the Court authorized the sale of the Debtors' servicing business (the "Carrington Sale") to Carrington Mortgage Services, LLC, an affiliate of Carrington Capital Management, LLC. On June 27, 2007, the Court approved an amendment to that sale agreement approving the sale of additional loans to Ellington. On July 3, 2007, the Court entered an order approving the sale of certain technology assets to EquiFirst Corporation. On September 14, 2007, the Court authorized

the sale of 235 mortgage loans (the "Disputed Loans"), the rights to which were disputed between

the Debtors and Deutsche Bank Structured Properties, Inc. Finally, on January 24, 2008, the Court

authorized the sale of 41 mortgage loans (the "Ohio LNFA")of the sale of such loans (subject to

overbid) to GRP Financial Services Corporation for approximately $1.4 million. Those sales are

now successfully closed.

During the Compensation Period, OMM's efforts included attending to post-closing

matters associated with the Carrington Sale. In that regard OMM spent time working with the

Debtors in connection with the assignment of certain licenses and contracts to Carrington. OMM

also spent time attending to post-closing matters regarding the Ohio LNFA sale. Additionally,

during the Compensation Period, OMM also spent substantial time advising the Debtors in

connection with and facilitating the sale of miscellaneous assets (particulary intellectual property

assets) pursuant to Court-approved procedures.

E.     <u>Relief from Stay Proceedings (075)</u>

     Fees: $7,690.50         Total Hours: 13.2

This category includes all matters related to and including all motions and

stipulations to modify the automatic stay and issues related to the effect of the automatic stay or

pending matters.

F.     <u>Meetings/Communications with Creditors (076)</u>

     Fees: $186.00         Total Hours: 0.6

OMM spent time during the Compensation Period receiving and responding to

numerous written and telephonic queries from creditors.

G.     <u>Fee/Employment Objections (077)</u>

     Fees: $115.7         Total Hours: 115.7

This category includes all matters related to (i) responding to objections to OMM's

employment and fee applications and (ii) objecting to employment and fee applications on behalf

of the Debtors. During the Compensation Period, OMM spent its time in this category responding

to the Fee Auditor's initial report regarding OMM's fees during the period April 2, 2007 through

July 31, 2007.

    H.    <u>Assumption/Rejection of Leases and Contracts (080)</u>

        Fees: $53,073.00        Total Hours: 92.8

This category includes all matters related to contract and lease analysis and matters related to assumption, assignment or rejection of executory contracts and unexpired leases. During the Compensation Period, OMM analyzed its claims under contracts with third parties. Additionally, on behalf of the Debtors, OMM was successful in reaching an agreement with Accenture, pursuant to which Accenture agreed to pay the Debtors $1.9 million and to release $6.3 million of claims against the Debtors' estates. OMM drafted a motion seeking approval of this settlement agreement, which motion was granted by the Bankruptcy Court on April 21, 2008.

    I.    <u>Claims Administration and Objections (081)</u>

        Fees: $41,715.00        Total Hours: 64.7

This category includes all matters related to and including claims administration matters and bar date matters, including claims objections and related contested matters. Among other tasks, OMM worked with the Debtors and their other professionals to analyze claims filed against the Debtors, strategize with respect to the claims objection process, and prepare omnibus objections to claims. Moreover, OMM spent time in this category negotiating with creditors holding claims to which the Debtors had previously objected. During the Compensation Period OMM also rendered services in connection with the Debtors' equipment financing arrangement with GMAC and the respective rights of the Debtors and GMAC. Additionally, OMM worked with the Debtors to resolve large claims filed by the state of Ohio and AT&T.

    J.    <u>Plan & Disclosure Statement (082)</u>

        Fees: $514,465.00        Total Hours: $933.2

This category includes all matters related to the the joint chapter 11 plan of liquidation of the Debtors and the Committee (the "Plan"). Much of services rendered by OMM in this matter during the Compensation Period related to preparing for the April 24-25, 2008 hearing on the confirmation of the Plan (the "Confirmation Hearing"). Leading up to the Confirmation

Hearing, OMM coordinated the Debtors' document production to the Ad Hoc Committee of Beneficiaries of the New Century Financial Corporation Deferred Compensation Plan and/or Supplemental Executive Retirement/Savings Plan (the "Ad Hoc Committee"). OMM also prepared Holly Etlin and Todd Brents for their depositions by the Ad Hoc Committee and defended them at their depositions. Additionally, OMM worked with numerous creditors, the Securities and Exchange Commission, and the Office of the United States Trustee to resolve both formal and informal objections to the Plan, which efforts resulted in only two standing objections to the Plan at the Confirmation Hearing and the filing of a second amended plan on April 23, 2008. OMM also was primarily responsible for all briefing related to the Plan, which included an extensive reply brief in response to the objections of the Ad Hoc Committee and the New York State Teachers' Retirement System as lead plaintiff in a securities class action suit. Among other tasks, OMM communicated with numerous creditors of the Debtors regarding the Plan, assisted with the preparation of the Liquidating Trust Agreement and the Plan Administrator Agreement, drafted a motion requesting an order approving modifications to the Plan, prepared a draft Confirmation Order, drafted declarations of Holly Etlin and Todd Brents in support of the Plan, negotiated voting stipulations, and attended to other matters regarding Plan voting. Subsequently, on April 24 and 25, 2008, three OMM attorneys attended the Confirmation Hearing.

K.  General Litigation/Litigation Claims (083)

Fees: $32,370.50          Total Hours: 64.7

This category includes all matters relating to pending state court litigation matters and adversary proceedings for which no separate matter is listed.

L.  Reclamation Claims (086)

Fees: $ 520.00          Total Hours: 1.0

This category includes the analyses of reclamation claims asserted in the Debtors' cases. During the Compensation Period, OMM negotiated and drafted a supplemental stipulation regarding the reclamation claim of KST Data, Inc.

M.   Fee/Employment Applications (087)

Fees: $36,609.00          Total Hours: 88.2

This category includes all matters related the retention and compensation of professionals in the Debtors' cases. During the Compensation, OMM prepared its monthly fee applications for February 2008 and March 2008. OMM also completed a supplemental declaration in support of its employment so as to remain in compliance with Rule 2014 of the Federal Rules of Bankruptcy Procedure, which task included an extensive supplemental conflicts check.

N.   Employee Matters (Benefits, Pensions) (089)

Fees: $2,925.00          Total Hours: 5.6

This category includes all matters related to employee wages, employee plans, benefits, other employee relations matters and retiree benefits. During the Compensation Period, OMM's time in this matter centered on addressing issues related to the Department of Labor's audit of the Debtors' 401(k) plan.

O.   Corporate and Securities Matters (090)

Fees: $17,015.00          Total Hours: 24.3

This category includes the drafting of board resolutions, the preparation and filing of reports required by the Securities and Exchange Commission, preparing materials for and attending board of directors meetings, and related research.

P.   Tax Issues (091)

Fees: $3,495.00          Total Hours: 36.0

This category includes all federal and state income, property, employment, excise and other tax matters, other than tax aspects of a chapter 11 plan. During the Compensation Period, OMM spent a substantial amount of time within this category analyzing the Debtors' tax liabilities and assisting the Debtors in connection with the ongoing IRS audit, including communicating with IRS counsel regarding the IRS' proof of claim and with the Committee regarding open audit issues.

Q.   Government Investigations (093)

Fees:  $52,603.50          Total Hours: 141.8

Continuing its work from prior to the Petition Date, OMM assisted the Debtors in addressing certain ongoing investigations being conducted by the U.S. Department of Justice and the Securities and Exchange Commission relating to prepetition criminal and regulatory investigations by such entities.

R.   Warehouse Lenders (094)

Fees: $14,190.00          Total Hours: 16.5

This category includes all matters related to the Debtors' master repurchase agreements and master loan purchase agreements and to the Debtors' disputes with the counterparties to such agreements.  OMM spent time during the Compensation Period analyzing and negotiating the deficiency claims of coutnerparties to master repurchase agreements

S.   Deferred Compensation Plan Litigation (095)

Fees:  $12,605.50          Total Hours: 21.1

This category includes all matters related to litigation concerning the Debtors' deferred compensation plan (the "Deferred Compensation Plan Litigation").  In particular, OMM continued its analysis of the documents governing the Debtors' deferred compensation plan and its fact investigation and legal analysis pertaining to the Deferred Compensation Plan Litigation. Additionally, OMM engaged in strategy discussions with the Committee.

T.   Access Lending (096)

Fees:  $26,801.00          Total Hours: 42.5

This category includes all matters related to the Access chapter 11 case.  During the Compensation Period, OMM analyzed claims against Access Lending, worked to negotiate a settlement with Access Lending's largest creditor regarding its claim against Access Lending, and negotiating payment of amounts owed under the asset purchase agreement pursuant to which the assets of Access Lending were sold to Access Holdings.  In addition, OMM spent substantial time

in this matter modifying Access Lending provisions of the Plan and drafting a motion related . thereto.

U.     <u>WARN Litigation (097)</u>

      Fees: $12,206.00           Total Hours: 21.4

      This category includes all matters related to the WARN Act lawsuit brought against the Debtors, for which O'Melveny assumed responsibility at the end of June, 2007. During the Compensation Period, OMM spent time in this category negotiating a settlement of the ligitation with the plaintiffs and the Committee.

V.     <u>Examiner Issues (098)</u>

      Fees: $353.00           Total Hours: 0.5

      This category includes all matters related to facilitating the Debtors' cooperation with the investigation being conducted by the Court-appointed examiner.

<strong><u>Valuation of Services</u></strong>

      12.      Attorneys and paraprofessionals of OMM have expended a total of 1,785.3 hours in connection with this matter during the Compensation Period.

      13.      The nature of the work performed by these persons is fully set forth in Exhibit A attached hereto. These are OMM's normal hourly rates for work of this character. The reasonable value of the services rendered by OMM to the Debtors during the Compensation Period is $963,897.00.

      14.      In accordance with the factors set forth in Section 330 of the Bankruptcy Code, OMM respectfully submits that the amounts requested are fair and reasonable given (a) the complexity of this case, (b) the time expended, (c) the nature and extent of the services rendered, (d) the value of such services and (e) the costs of comparable services other than in a case under this title. Moreover, OMM has reviewed the requirements of Del. Bankr. L.R. 2016-2 and believes that this Application complies with that Rule.

WHEREFORE, OMM respectfully requests that the Court enter an order providing that, for the Compensation Period, an allowance be made to OMM with respect to the sum of $771,117.60 (80% of $963,897.00) as compensation for necessary professional services rendered, and the sum of $19,291.86 for reimbursement of actual necessary costs and expenses, for a total of $790,409.46, and that such sums be authorized for payment less any sums that have been previously paid to OMM pursuant to the Administrative Order, and for such other and further relief as the Court may deem just and proper.

Dated: July 8, 2008  
Wilmington, Delaware

Respectfully submitted,

/s/ Andrew M. Parlen  
Suzzanne Uhland  
Ben H. Logan  
Andrew M. Parlen  
O'MELVENY & MYERS LLP  
275 Battery Street  
San Francisco, California 94111  
(415) 984-8700

ATTORNEYS FOR DEBTORS AND  
DEBTORS IN POSSESSION

## <u>VERIFICATION</u>

STATE OF CALIFORNIA)
COUNTY OF ORANGE   )

       Suzzanne Uhland, after being duly sworn according to law, deposes and says:

       a) I am counsel with the applicant firm, O'Melveny & Myers LLP, co-counsel to the Debtors in the above-captioned matter.

       b) I have performed and am familiar with the work performed on behalf of the Debtors by O'Melveny & Myers LLP.

       c) I have reviewed the foregoing Application and the facts set forth therein are true and correct to the best of my knowledge, information and belief. Moreover, I have reviewed Del. Bankr. L.R. 2016-2 and submit that the Application substantially complies with such Rule.

                                       _____
                                     Suzzanne Uhland

SWORN AND SUBSCRIBED before me this \_\_\_th day of _____, 2008

_____
       Notary Public

1

Exhibit A
30

# CALIFORNIA JURAT WITH AFFIANT STATEMENT

X See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–5 to be completed only by document signer[s], *not* Notary)

_____
Signature of Document Signer No. 1     Signature of Document Signer No. 2 (if any)

State of California

County of Orange

Subscribed and sworn to (or affirmed) before me on this 7th day of July, 2008, by
(1) Suzanne Uhland,
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me (.) (.)

(and

(2) _____
Name of Signer

proved to me on the basis of satisfactory evidence to be the person who appeared before me.)

Signature _____
Signature of Notary Public

MICHELE R. RABUDO
Commission # 1618733
Notary Public - California
Orange County
My Comm. Expires Dec 2, 2009

Place Notary Seal Above

——————— OPTIONAL ———————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Further Description of Any Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

| RIGHT THUMBPRINT OF SIGNER #1 | RIGHT THUMBPRINT OF SIGNER #2 |
|---|---|
| Top of thumb here | Top of thumb here |

©2007 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402 • www.NationalNotary.org   Item #5910   Reorder: Call Toll-Free 1-800-876-6827

Exhibit A
31