Amitai Schwartz (State Bar No. 55187)
Law Offices of Amitai Schwartz
Watergate Towers
2000 Powell Street, Suite 1286
Emeryville, CA 94608
Telephone:  (510) 597-1775
Facsimile:   (510) 597-0957
Email: attorneys@schwartzlaw.com

Brian A. Vogel (State Bar No. 167493)
The Law Offices of Brian A. Vogel, Pc
770 County Square Dr., Ste. 104
Ventura, CA 93003
Telephone: (805) 654-0400
Facsimile: (805) 654-0326
E-Mail: brian@bvogel.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAX VILLANUEVA VASQUEZ,<br><br>         Plaintiff,<br><br>    vs.<br><br>THE CITY OF SANTA PAULA, et al.,<br><br>         Defendants. | Case No. CV09-2590 DSF (MAN)<br><br>DECLARATION OF MOIRA DUVERNAY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND EXPENSES<br><br>Date:     November 1, 2010<br>Time:    1:30 p.m.<br>Place:    Courtroom 840<br>              Roybal Building<br><br>Hon. Dale S. Fischer |

I, Moira Duvernay, declare as follows:

1.     I am an attorney at law and a member of the State Bar of California.  I am a member of the bar of the United States District Courts for the Northern, Eastern, and Central Districts of California, and the United States Court of Appeals

Declaration of Moira Duvernay in Support of
Plaintiff's Motion for Attorneys' Fees and Expenses
Case No. CV09-2590 DSF (MAN)

1 for the Ninth Circuit. I make this declaration in support of the accompanying
2 motion for attorneys' fees and expenses in the above-captioned matter.
3     2. The documents attached as Exhibits 1-5 to the Request for
4 Judicial Notice filed in support of the motion for fees and expenses are true and
5 correct copies of documents I retrieved from the publicly available electronic
6 records of the United States Bankruptcy Court for the Central District of California
7 through the PACER system.
8     I declare under penalty of perjury that the foregoing is true and correct.
9 Executed at Emeryville, California this 7th day of September, 2010

11                   /s/ Moira Duvernay
                    Moira Duvernay

Declaration of Moira Duvernay in Support of
Plaintiff's Motion for Attorneys' Fees and Expenses
Case No. CV09-2590 DSF (MAN)       2